# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
13 FEB 26 PM 12: 07
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| Paul A. Guthrie, in propria persona; ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Civil Action No. |
| ) | |
| ) | **1:13 -CV- 0234 SEB -DKL** |
| United States of America; ) | |
| ) | |
| de facto King Barrack Hussein ) | |
| Obama II, the alleged President ) | |
| of the United States of America, ) | |
| ) | |
| Joseph Robinette Biden Jr., the ) | |
| alleged Vice President of the ) | |
| United States of America, ) | |
| ) | |
| Martin Dempsey, the alleged ) | **JURY TRIAL DEMANDED** |
| Chairman of the Joint Chiefs of ) | |
| Staff to the Office of the President ) | |
| of the United States of America, ) | |
| ) | |
| Eric Holder, the alleged Attorney ) | |
| General of the United States of ) | |
| America, ) | |
| ) | |
| John Kerry, the alleged ) | |
| Secretary of the United States of ) | |
| America, ) | |
| ) | |
| Elena Kagan, the alleged Supreme ) | |
| Court Justice of the United States ) | |

1

of America,                              )
                                         )
Sonia Sotomayor, the alleged            )
Supreme Court Justice of the United     )
States of America,                      )
                                         )
Jane Magnus-Stinson,                    )
alleged Federal District Judge,         )
7th Judicial Circuit Indianapolis,      )
                                         )
Patrick Leahy, the alleged              )
President pro tempore of the Senate     )
of the United States of America,        )
                                         )
John Boehner, the alleged               )
Speaker of the House of                 )
Representatives of the United States    )
of America,                             )
                                         )
Robert S. Mueller, III, the alleged     )
director of the FBI of the United       )
States of America,                      )
                                         )
et al.;                                  )

*Defendants.*

---

# FIRST AMENDED COMPLAINT AND PETITION FOR EMERGENCY INJUNCTION, DECLARATORY RELIEF, MANDAMUS, AND QUO WARRANTO, DEMAND FOR JURY TRIAL

2

Plaintiff Paul Guthrie, a natural person pro se litigant appearing in proper person, files his complaint and petition for emergency injunction, declaratory relief, mandamus, and quo warranto against the defendants named above who are employed agents or entities of the United Sates Government, alleging as follows:

**The foundation of Plaintiff Guthrie's suit are the two jurisdictions recognized in the U.S. Constitution: (1) the original and pre-eminent *natural law* jurisdiction represented by male and female citizens known as "We the People", and (2) the *positive law* jurisdiction represented by the three branches of government created: the Legislative, Executive and Judicial.**

**Given these opposite and opposed jurisdictions, i.e., one based on natural law and the other on positive law, there are two corresponding types of U.S. citizens: (1) a U.S. citizen who *inherits* his or her rights of citizenship by natural law, called a *natural born Citizen or a natural born U.S. Citizen,* and (2) a U.S. citizen who gains his or her citizenship by *positive man-made law*, called a *naturalized citizen* or a *naturalized U.S. Citizen.***

**A *natural born U.S. Citizen* inherits his or her citizenship only from a *U.S.***

3

*State citizen father*.  A *naturalized citizen* gains his or her citizenship by *positive law grant* from the government.  The only other difference between these two types of citizens is that, by design, only a natural born Citizen of the United States may become a U.S. President.

Because natural born citizenship is naturally inherited from one's father, Mr. Obama is a natural born citizen of his father's native country Kenya.  Because he did not have a U.S. State citizen father, he is not a natural born Citizen of the United States.  Instead, Mr. Obama is a *naturalized* U.S. citizen, who gained citizenship through positive law recognition of his U.S. citizen mother and/or his birth on U.S. soil.  Both of these avenues are statutorily-created privileges that are permitted to grant *naturalization at birth*.  As a natural born citizen of Kenya and as a naturalized citizen of the U.S., Mr. Obama is not eligible to be the U.S. President.

The distinction between natural born Citizens and naturalized citizens was built into the U.S. Constitution to prevent the establishment of a monarchy in this country.  By tying the Office of President to natural law, the Founding

4

Fathers devised a brilliant system to prevent foreign monarchies and governments from infiltrating the U.S. presidency.

Mr. Obama is a de facto King and not a de jure President.  The Constitution's natural born Citizen clause, its two prohibitions against Titles of Nobility and the First Amendment's prohibition against the government and church combining are meant to prevent the offspring of female U.S. citizen mothers and male foreign non-U.S. citizen fathers from being eligible to be President.

In Mr. Obama's case, due to his lack of natural born U.S. citizenship, his administration is usurping the U.S. constitution and usurping the rights of natural born U.S. Citizens as a class of citizens.  By their actions, the defendants are establishing a de facto monarchy, illegally replacing the de jure government of the Constitution.

This, Plaintiff's amended complaint, will show that the Article II natural born Citizen requirement is not about the monarchal society definition of being born on the territorial soil, nor about being born to a mother who has been

granted a Title of Nobility, but is in actual fact only about the natural birthright inheritance of natural born citizenship from a U.S. State citizen father.

This is the first case brought against the United States that definitively establishes the meaning of the U.S. Constitution's Article II 'natural born Citizen' requirements to be U.S. President.

# PRELIMINARY STATEMENT

1) The case before the Court is a case of fraud, the biggest fraud in the History of the United States, which has led to the overthrow of the People's Government that is defined by the Constitution of the United States to Establish a sovereign Republic of sovereign Citizens with rights that are retained by the People.

    a) Article IV, Section 4 of the Constitution of the United States of America:

    "The United States shall guarantee to every State in this Union a <u>Republican Form of Government</u>, and shall protect each of them <u>against **Invasion**</u>;...." [emphasis added]

    b) 9th Amendment to the Constitution of the United States of America:

    "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the **people**." [emphasis added]

    c) 10th Amendment to the Constitution of the United States of America:

    "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the **people**." [emphasis added]

    d)
    "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, <u>sovereignty itself remains with the people, by whom and for whom all government exists and acts</u>." *Yick Wo v. Hopkins, 118 U.S. 356 (1886) emphasis added*

2) The fraud mentioned above is a conspiracy to permit a foreign political invasion, the result of a failure to apply the Title of Nobility provisions of the Constitution to U.S. citizen mothers who give birth to the offspring of foreign fathers in order to prevent those offspring from acting like Royalty who will be politically competing with the native U.S. citizen offspring for the Office of President of the United States.

3) The fraud perpetrated by the defendants has caused the native government of the People that is established by the Constitution, to be replaced with a Monarchal-Religious government that is foreign to the United States of America, which places her native citizens under unlawful military occupation to a foreign King and his government that enslaves the  natural born U.S. Citizen to a foreign power and authority which deprives the plaintiff and his fellow native citizens of their Liberty and Freedom and Legislative Powers.

4) Since the time of defendant Obama being a candidate for the Office of President in 2008, there has been controversy in the public arena and in the courts regarding whether or not defendant Obama is a natural born Citizen and thus qualified to be a candidate for the Office of President of the United States of America, or has any right to occupy the Office as President and exercise the duties and responsibilities that come with that Office.

8

5) Proof of the fact stated in 4 above can be verified by noting that there have been well over 100 matters in controversy brought against the defendant Mr. Obama in the last 4 plus years, attacking his eligibility under Article II natural born Citizen Clause, that have all been thrown out of court for lack of subject matter jurisdiction (no injury).  Yet, the controversy will not go away and is now only growing worse due to the defendant Mr. Obama being selected to the Office of President once again, thus more cases are now being filed.  The discovery made by the plaintiff Mr. Guthrie in this case before the court will stop all the controversy in the courts and settle this issue once and for all time.

6)  The controversy arises because there is no established definition for natural born Citizen that exists in U.S. case law.  The definition is meant to be derived from the Organic Law.

7)  Contrary to popular opinion that heaps insults and accusations of malfeasance and incompetence upon the courts and judges who have looked at this issue, plaintiff Guthrie does not agree with those beliefs.  Not one case in controversy since before 2008 has properly stated any cogent facts that can cause a judge to take cognizance of any injury or a remedy.

8)  The legal reason that no one has been able to establish standing in a court regarding Obama's eligibility is that everyone involved in these cases believes that

9

the term in Article II, natural born Citizen, is not defined in the Constitution itself because it is not specifically defined in words, and that when one appeals outside of the Constitution for meaning, there is doubt as to what the definition is, as if the outside sources also fail to define natural born Citizen or natural born citizen which, with a lower case 'c', has a general international definition that previous U.S. courts like *Minor v. Happersett,* 88 U.S. 162 (1875), and *Nguyen v. INS,* 500 U.S. 53 (2001) for example, have not recognized or understood.

9)  The fact is that natural born Citizen is fully defined within the Constitution of the United States of America, not by words, but by *Intent* and by *Political Context* which does not actually require one to look to foreign sources outside of the Constitution for meaning, as one only needs the Declaration of Independence for a little guidance with comprehending the legal and Historic *Political Context* in Article II, but it does require one to apply the mechanisms of the Constitution itself (the Titles of Nobility provisions, the First Amendment in the Bill of Rights, and the Equal Protection Clauses), which when applied, actually define natural born Citizen meaning.  No one has ever done this in 222 years as far as the plaintiff Guthrie has been able to determine, and certainly no one has done this yet in any matters in controversy regarding Obama, or else the courts would have granted

subject matter jurisdiction by now, as the courts would be able to take cognizance
of a specific, non-general grievance, injury, and remedy.

10) The confusion described above in 8 and 9, is the result of error made by the
Supreme Court of the United States in the case *Minor v. Happersett,* 88 U.S. 162
(1875) that led to an unnecessary 19th Amendment to the Constitution. The
confusion is further compounded by the Supreme Court case of *Nguyen v. INS,* 500
U.S. 53 (2001) which does not provide a satisfactory explanation for the judgment
rendered by the court. The court can clearly be seen to not comprehend the Equal
Protection issues in *Nguyen v INS*, which is the result of a lack of comprehension
by all justices of what a natural born Citizen is or how it is defined in law.

11) The two Supreme Court cases of *Minor* and *Nguyen*, and the error and
confusion they have promulgated over time, are key indicators of something going
wrong. The discovery by plaintiff Guthrie of the objective definition of natural
born Citizen exposes the error, clears up the confusion, and corrects a huge amount
of U.S. case law regarding citizenship by shining illumination upon the judgments
rendered in those decisions.

12) Further, the discovery by plaintiff Guthrie will prove to the Court that his case
is distinguished from all others so far regarding Obama and his eligibility in that
plaintiff's case does have subject matter jurisdiction and standing because the

discovered definition of natural born Citizen is a self-evident truth of Nature and natural reality that is beyond the subjective beliefs of Judges or Kings, which allows the court to take cognizance of an objective injury that arises under the laws of the U.S. Constitution that is not general in nature, or that effects everyone equally, or is just a general grievance. The discovered definition of natural born Citizen shows the Court that there is a need for a remedy and that the remedy is well within the court's jurisdiction and power to provide.

13) The **self-evident definition** of natural born Citizen discovered by plaintiff Guthrie will prove that the United States government has utterly failed to live up to the guarantee of ensuring a Republic Form of Government because the United States government has permitted a foreign political invasion or coup d'état to take place that is the cause of the real and specific injuries that are being suffered not only by the plaintiff Guthrie and those like him who are natural born Citizens, but also an injury that is occurring to the States of the Union as well.

# JURISDICTION AND VENUE

14)  This case is a civil action that arises under the Constitution and laws of the United States. This civil action claims violations of the First, Fifth, Ninth, Tenth, Twentieth, Twenty-Fifth Amendments as well as violations of Article II of the U.S. Constitution.  As such, the Court has jurisdiction under 28 U.S.C. § 1331.

15)  This action seeks declaratory relief.  This Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act 28 U.S.C. § 2201 and 28 U.S.C. § 2202.  This action is also in the nature of mandamus, and seeks to compel those defendants which are branches of the United States Government and "officer[s] or employee[s] of the United States or any agency thereof" to perform their duties owed plaintiff under the First, Fifth, Ninth, Tenth, Twentieth, and Twenty-Fifth Amendments, and under Article II of the Constitution of the United States of America, and under the Presidential Succession Act of 1947. Additionally, this court has ancillary jurisdiction over this action sounding in mandamus pursuant to 28 U.S.C. § 1651(a) for this Court already has original jurisdiction under other statutes already cited herein.  This action is also in the nature of a petition for quo warranto under the Ninth and Tenth Amendments to the Constitution, asking that Obama be declared under Article II, according to the objective legal definition of natural born Citizen, to be ineligible to hold the Office

of President and Commander in Chief, and that he be removed from that office if he be sworn in and be permanently barred from holding that office. This Court has jurisdiction over this petition because the plaintiff claims that his right to this writ emanates from his rights and powers under the Ninth and Tenth Amendment and under the Article II, natural born Citizen definition, as they are describing and securing natural political rights that belong to the plaintiff that the government refuses to secure. Additionally this Court has ancillary jurisdiction over this petition for quo warranto pursuant to 28 U.S.C. § 1651(a), for this Court already has original jurisdiction over plaintiff's other claims herein.

16)  This action seeks injunctive relief. This Court has authority to grant injunctive relief under 28 U.S.C. § 1361 and 28 U.S.C. § 1343.

17)  This is a civil action in which an officer or employee of the United States acting in his official capacity or under the color of legal authority and agencies of the United Sates are defendants. The plaintiff resides in this judicial district. There is no real property involved in this action. Venue is therefore proper in this Court under 28 U.S.C. § 1391(e).

# PARTIES

18) Plaintiff Paul Guthrie [hereinafter also referred to as plaintiff or Guthrie] is an adult natural person who is Jewish by inheritance from his mother, and he is an Atheist. He is a natural born U.S. Citizen (a <u>native of the U.S.</u> born to a U.S. State citizen father). His address is 7797 South Carefree Drive, Pendleton, Indiana 46064.

19) Defendant Barack Hussein Obama II, [hereinafter referred to as Obama or King Obama] is an adult natural person employee of the United States government. He is a <u>naturalized</u> U.S. citizen at birth by statutory authority (U.S. citizen mother and Kenyan father) <u>born a foreigner of the U.S. naturally belonging to some other jurisdiction at birth</u>) (see *Nguyen v. INS,* 500 U.S.C. 53 (2001)). His official address is The White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500.

20) Defendant Joseph Robinette Biden [hereinafter referred to as Biden] is an adult natural person employee of the United States government. His official address is The White House, 1600 Pennsylvania Avenue NW, Washington DC, 20500.

21) Defendant Martin Dempsey [hereinafter referred to as Dempsey] is an adult natural person employee of the U.S. military armed forces on special assignment

15

with the Joint Chiefs of Staff to the Office of the President.  His official address is

Pentagon, 9999 Joint Staff Pentagon, Washington, D.C. 20318.

22) Defendant Eric Holder [hereinafter referred to as Holder] is an adult natural

person employee of the United States Department of Justice.  His official address

is United States Department of Justice, 950 Pennsylvania Avenue NW,

Washington, D.C. 20530.

23)  Defendant John Kerry [hereinafter referred to as Kerry] is an adult natural

person employee of the United States Department of State.  His official address is

United States Department of State, 2201 C Street NW, Washington, D.C. 20037.

24)  Defendant Elena Kagan [hereinafter referred to as Kagan]

 is an adult natural person employee of the Supreme Court of the United States.

Her official address is Supreme Court of the United States, 1 First Street, NE,

Washington, D.C. 20543.

25)  Defendant Sonia Sotomayor [hereinafter referred to as Sotomayor] is a natural

person employee of the Supreme Court of the United States. Her official address is

Supreme Court of the United States, 1 First Street, NE, Washington, D.C. 20543.

26) Defendant Jane Magnus-Stinson [hereinafter referred to as Ms. Magnus-

Stinson or Judge Magnus-Stinson] is an adult natural person without de jure

authority who serves as a *de facto* United States District Court judge for the

16

Southern District of Indiana.  Her official address is U.S. District Court, Birch

Bayh Federal Building and United States Courthouse, 46 East Ohio Street Room

105, Chambers Room 304, Courtroom Room 307, Indianapolis Indiana 46204.

27)  Defendant United States of America [hereinafter referred to as the U.S. or

government] is an artificial entity created by the People, which is supposed to

represent the three branches of government, Legislative, Executive, and Judicial,

which were created by the People for themselves to serve themselves.  Service on

the United States should be provided to the Office of the United States Attorney,

Southern District of Indiana, 10 West Market Street, Suite 2100, Indianapolis, IN

46204, and to the United States Attorney General, Department of Justice, 950

Pennsylvania Avenue NW, Washington, D.C. 20530, as governed by Rule 4(i) of

the Federal Rules of Civil Procedure.

28)  Defendant Patrick Leahy [hereinafter referred to as Mr. Leahy] is a natural

person employee of the United States Senate.  His official address is 437 Russell

Senate Building U.S. Senate, Washington, D.C. 20510.

29)  Defendant John Boehner [hereinafter referred to as Mr. Boehner] is a natural

person employee of the United States House of Representatives.  His official

address is Office of the Speaker H-232 The Capitol, Washington, D.C., 20515.

30)  Defendant Robert S. Mueller, III, [hereinafter referred to as Mr. Mueller] is a natural person employee of the Federal Bureau of Investigations of the United States of America.  His official address is FBI Headquarters, 935 Pennsylvania Avenue NW, Washington, D.C. 20535-001.

31) Defendant et al. represents those persons or person, natural or artificial, who are unknown at this time but may be discovered along the way and can be added to this suit.

# **INTRODUCTION**

32) This section of plaintiff's suit deals with the discovery that the term natural born Citizen, as that phrase exists in Article II, Section 1, Clause 5 of the Constitution of the United States of America, has not been understood for 222 years since the Bill of Rights was ratified, and it turns out, contrary to popular opinion, that the term is fully defined within the Constitution both by *Intent* and by *Political Context*, and that no U.S. judge in 222 years has ever had to decipher the code with regard to the Office of President because all *elected* Presidents before Barack Obama were either:

    a) Born as the offspring of a United States citizen father who was a State citizen of the Union of States that forms the United States of America, as defined by the Constitution of the United States of America.

    b) Or, they fall under the Sunset clause of Article II qualifications for the Office of President.

33) The fact that natural born Citizen is fully defined in the Constitution is completely contrary to the U.S. case law and judges' opinions which have established the term in Article II, natural born Citizen, to be defined as a *nebulous*

*undefined term in the Constitution* which is full of doubt as to its meaning and definition and which does not define or secure any political voting rights for U.S. female natural born Citizens. [see *Minor v Happersett,* 88 U.S. 162 (1875), and 19th Amendment]

34)  As a result of 32 and 33 above, there is no case-law definition in U.S. law that specifically defines the term natural born Citizen, which is already fully defined in the Constitution if one knows how to apply the rest of the Constitution and the rules of jurisprudence to elucidate and decipher the definition and meaning.

35)  Plaintiff Paul Guthrie is the only person alive who has cracked the code of the Constitution and has discovered the *objective* definition of Article II natural born Citizen.

36)  As a result of 32 through 35 above, no one of the defendants or their counsel *objectively* knows what a natural born Citizen is, what it means, or how it is defined, as they are stuck with only subjective beliefs as their source of authority for determining the definition and meaning of Article II natural born Citizen.

37)  As a result of 32 through 36 above, the definition and meaning of natural born Citizen is subject to interpretation only using *subjective belief* by those who are unaware of how it is defined in the Constitution, and the defendants' *purely subjective beliefs and opinions* of what a natural born Citizen is has caused them to

20

be acting under the *false color of law*, with no ability to provide *objective proof* of a lawful warrant that entitles them to their positions in government.

38) Due to the fact that the defendants and their counsel do not know or comprehend where natural born Citizens come from, or who or what creates them, or what they are, the defendants are incapable of determining whether or not the person who appointed them to their positions is qualified to make such appointments.

39) Congress approved the defendants' appointments, not because they have an ability to objectively determine that defendant Obama is qualified to make such appointments, but instead the unlawful appointments were approved by Congress because they have a vested interest in maintaining the appearance that they and the defendants are not operating under *false color of law*, as Congress does not know what a natural born Citizen is either. This is a conspiracy to commit fraud upon the People and plaintiff, either by intent or by ignorance due to Congress relying upon *purely subjective beliefs and opinions only*. [see Congressional Research Services Memo publication (CRS Report) put out by Congress after 2008 regarding the meaning of natural born Citizen.]

40) Due to 32 through 39 above, the defendants have all overthrown the native People's government that was established by the Constitution of the United States,

21

and they have established a Monarchy-Religion for a government with a King that they call President. The government now operates strictly like a religion with the laws based upon purely subjective beliefs, with nothing objective and tangible to prove that the country is governed by any established objective standard rule of law, or that the People are bound to accept that the laws are valid and must be obeyed, as no consent can be shown to have been obtained from the People by the three branches for any laws that they have passed since Obama has been in power.

41) As a result of 40, the current three branches of the U.S. government form a non-Representative, non-elected foreign government that bases the source of its authority for its laws to come from the foreign country of Kenya.

42) As a result of 40 and 41, the plaintiff Paul Guthrie has been a man without a country since the first selection of Obama in 2008, and the situation is still ongoing and growing worse. The plaintiff Mr. Guthrie has been forced by the actions of the defendants to be living in terror like a 'Jew' in Nazi Germany in the 1930's or 1940's, or like *a black slave* during slavery in the South. The actions of the defendants have stripped Guthrie of any recognition or protection of his citizenship status and the political rights that are attached to that status.

43) Defendant Dempsey is currently the acting Commander-in-Chief of the United States Armed Forces who is acting out this role in defiance of the Constitution of

the United States, and also contrary to U.S. code which vests such power and authority only with the President and prohibits defendant Dempsey from being the Commander-in-Chief of the Military:

**10 USC 155**

**(e) Prohibition of Function as Armed Forces General Staff.—** The Joint Staff shall not operate or be organized as an overall Armed Forces General Staff and shall have no executive authority. The Joint Staff may be organized and may operate along conventional staff lines.

44) As a result of 42 and 43 above, and due to the purely subjective beliefs of the defendants plaintiff Guthrie is being subjected to unlawful military dictatorship and has been totally and completely deprived of his Political, Economic, and Religious Liberty by the actions or inactions of the defendants which is causing Guthrie to be forced to live subject to governmental religious tyranny by the defendants whom plaintiff must worship and believe are God in order to accept that the government is the plaintiff's government, and that this government is legitimate and that the laws of that government are valid and must be obeyed.

23

# DEFINITIONS SECTION
## (Introduction continued)

## PROOF OF THE DEFINITION OF <u>natural born Citizen</u>

### PART I

**Natural Law <u>Theory</u> of the Father** (fact)

45) "We the People" created the Constitution. (see Constitution)

46) The Constitution creates the three branches of government. (see Constitution)

47) "We the People" are the male and female citizens of the United States. (natural fact)

48) The male and female citizens represent the *Natural Law* jurisdiction of government. (natural fact)

49) By deduction due to the defined facts of law in 48, and by **a** and **d** in PART III of the definitions section below, the three branches, Executive, Legislative, and Judicial, represent the *Positive Law* jurisdiction of government. (fact by definition in **a, d**, below and 48, above)

50) Article I, Section 9, Clause 8 of the United Sates Constitution bans Titles of Nobility, Federal.

51) Article I, Section 10, Clause 1 of the United States Constitution bans Titles of Nobility, State.

24

52) 50 and 51 operate on 48 to prevent:

    a) Congress, Executive and Judicial branches from applying the positive law authority of 49 to declare the offspring of U.S. State citizen male fathers and foreign female mothers to be either a naturalized U.S. citizen of a foreign country, or from being natural born Citizens (U.S. natives) that are also natives of a foreign country or foreign state. This prevents a male U.S. citizen or U.S. President from acting like a *King* who can create rulers of foreign political societies via his offspring to foreign females.  This binds the male citizen and his offspring to the father's U.S. citizenship, making the male U.S. citizen's choice in female with which to produce offspring irrelevant for Article II natural born Citizen status.  This ensures that native U.S. citizen males from the States can only create membership for their offspring to be in U.S. society that is inherited as a natural right claim of sovereign political authority from their U.S. State citizen father. (logical fact)

    b) Congress, Executive and Judicial branches from applying the positive law authority of 49 to declare the offspring of a U.S. State citizen female mother and foreign male father to be *natural born*

*Citizens* that can be President. This prevents the female citizen from acting like a *Queen*. This binds the female citizen and her offspring to U.S. citizenship via the male U.S. citizen father and his State citizenship in order for her offspring to be considered *natural born* U.S. citizens that can be President. Also, it protects the female mother's choice in what country she wants to create natural born citizens by protecting her choice and the political rights of the native males of her society from the consequences of rape by a foreign male. (logical fact)

53) Mr. Obama is the offspring of a U.S. citizen mother and foreign father, making him a naturalized-at-birth U.S. citizen (Positive Law only, *adopted citizen*), the *opposite* of a natural born U.S. Citizen. (Natural Law only, born to a U.S. citizen father from a State, *inherited* right of citizenship) (natural fact)

54) Due to 50, 51, 52, 53 above, Obama is not a natural born Citizen and is barred by the Constitution from serving as President and has no natural right or legal right claim to that Office. (logical deduction natural fact)

**PART II (Definitions continued)**

**The Natural Law Theory (Principle of Nature) of the Father fully defines natural born Citizen (natural fact)**

55) The above 10 points in PART I establishes the *Natural Law Theory* of the Father to be a <u>fact</u>. (natural fact)

56) The defendant's <u>Theory</u> is called the *Positive Law Theory* definition, which seeks to define natural born Citizen by the place of birth in Hawaii (Positive Law) and by the offspring of a U.S. citizen female mother and foreign male father (Positive Law). (natural  fact)

57) The only other Theory in case law is called the *Unity Theory* definition, which seeks to define natural born Citizen by both place of birth (U.S. territory jurisdiction - Positive Law) and by both of the U.S. citizen parents (Natural Law). The *Unity Theory* is a <u>unity</u> of both Positive Law and Natural Law. (natural fact)

58) Taken together, the *Positive Law Theory,* the *Unity Theory,* and the *Natural Law Theory* account for all of the possible definitions of Article II natural born Citizen. (logical fact)

59) *The Positive Law Theory* of 56 violates number 52b above.  Therefore *The Positive Law Theory* is pure supposition that is unsupported by any U.S. law or by the Constitution.  The *Theory* fails because it <u>does not establish a fact</u>. (natural fact)

27

60)  *The Unity Theory* of 57 violates both 52a and 52b above and would permit the U.S. citizens of the federal territories and possessions to vote for and run for President of the United States.  Therefore *The Unity Theory* is pure supposition that is unsupported by any U.S. law or by the Constitution. The Theory fails because it <u>does not establish a fact</u>. (natural fact)

61)  Due to 58 above, and due to the process of elimination described in 59 and 60, *The Natural Law Theory of the Father* is the only established <u>fact</u> that is left that does not violate 52a or 52b above.  Therefore it fully defines Article II natural born Citizen to mean the offspring who are born to (physically created by) a U.S. State citizen father. (logical natural fact)


**PART III (Definitions Continued)**

**a)**  The U.S. legal code and system of jurisprudence is defined and governed by both Natural Law and Positive Law. (fact, by definition, natural fact)

**b)**  Natural Law is defined to be *Opposite and Opposed* to Positive Law. (fact by definition, natural fact)

**c)**  Natural Law is defined solely by the *Laws of Nature*, not by Positive Law powers or authority. (fact by legal definition and by the laws of nature via natural

observation and logic which is why it is defined in positive law this way in **a** and **b** above.) (natural fact and legal definition)

**d)** Positive Law is man-made codes, statutes, Constitution, rules, and regulations. (natural fact and legal definition)

**e)** The term *natural born citizen*, with a lower case '<u>c</u>', is a general non-specific, non-positive-law legal term expression, which is defined solely by the Natural Law authority that governs the meaning of native citizenship in any country world-wide, and means: *any natural person offspring who is born into (inherits) a natural right claim to membership (citizenship) in the political society (country) of the father who created the offspring.* [(natural fact), see Emmerich de Vattel: <u>Law of Nations The Principles of the Law of Nature applied to Nations and Sovereigns;</u> Book 1, Chapter 19, Sections 212, 213, 215, (extract below in **i**). Mr. Vattel is not a U.S. positive law authority, but is a natural law authority who is only describing how the natural law authority of Nature and Her laws govern and define the positive law authority of man and his statutory definitions. Vattel Law of Nations is just an international science of political law text book, not a specific positive law authority, merely a source of authority that positive law authorities (judges and law students) may learn from to give meaning and comprehension to what is written in the positive law, Constitution, and codes, that govern what it means to be a <u>citizen</u>

29

or a political member of a society that is governed by laws that protect, and thus provide, rights.]

**f)** The term <u>natural born Citizen</u>, as it occurs in Article II of the U.S. Constitution, differs slightly from **e** above. The placement in the Constitution specifically defines the general expression in **e** above by adding the specific *political context* that is specific to the United States of America. The placement attaches the positive law via the Constitution (Organic law) in order to make the general expression into a *specific legal term under U.S. law,* as having <u>specific rights</u> <u>attached</u> that are recognized to be defined both in Nature by Her political laws (Natural Law), and by the positive law authority (Positive Law) of the specific country's Constitution. Each country uses the general term and places it into their Organic law (Positive Law) which then defines it as a specific legal term and meaning instead of just a general non-specific, non-legal definition.

The term *natural born Citizen* spelled with a capital '<u>C</u>' in our Constitution, is a <u>specific non-general usage</u> of the *general term* described in **e** above which specifically describes and defines a <u>specific type</u> of United States *citizenship* with specific rights attached. In the U.S. Constitution, it specifically means one who both obtains citizenship, and has their citizenship defined, as a result of the specific political condition of being born to a father who is a *free non-slave citizen of a*

*State of one of the union of States* created by the Constitution. In each country, their native constitutions will attach the Organic code (positive law) and add the specific political context of their native political society to the general expression in **e** above in order to define the natural born status meaning in their political society that is governed and defined by their territorial borders over which they claim dominion, and by their Organic law or by their positive law powers alone. [(natural fact), evidence: King George III of England and the British empire, as contrasted with our Constitution which does not recognize citizens that are slaves ('subjects') or slaves that are citizens ('subjects'), or that a king creates all citizens ('subjects').]

**g)**  As a result of **e** and **f** above, Article II natural born Citizen defines a specific type of U.S. citizenship that means a citizen who is *born inheriting* a natural right claim to membership in both a State political society that is defined by a State Constitution or Organic code, and also membership in a National political society that is defined by the National Organic code which is the United States Constitution. Therefore, not all those who are born U.S. citizens are natural born Citizens because some are born into their State and U.S. citizenship as a function of *positive law authority only* (14th Amendment) and their claim is not a naturally-inherited one. These citizens by positive law authority are the *naturalized-at-birth*

*citizens* (positive law authority only, the *adopted* foreign offspring), not the *natural born* ones (Natural law authority only, offspring of a native father), the opposite by definition **b** above, because the *natural born* ones are created solely as a function of Natural law authority only. Those that are born under the 14th Amendment are natural born citizens with a lower case 'c' of some country as is determined by the offspring's paternal parent (male father) and the codes of his foreign country. His offspring are just not natural born citizens (synonymous with 'native offspring of a native father') of the United States under Article II meaning (from a State of the Union). If they were, that would make them natural born Citizens, and not natural born citizens, a term which means native members of some other political society at the time of birth other than the United States of America. The United States positive law authority does not apply in order to define the offspring of foreign fathers and their natural born citizen status as to not interfere with that native right that exists in the foreign jurisdiction of the father. This is one of the effects of the Title of Nobility provisions of the Constitution upon the offspring of male fathers. Those who rely upon the 14h Amendment for the definition of their citizenship and political rights within U.S. society have all of the same rights as a native U.S. natural born Citizen with the exception of the political right to be President or Vice President. The Constitution was not created to recognize and protect such a natural

32

political right for a male foreign citizen and his offspring, as their natural political

rights are already defined and secured in the native society of the foreign father.

(Natural fact of logic and observation.) Bouvier's Law Dictionary, 6th revised

edition 1856:

> **NATURALIZED CITIZEN.** One who, being born an alien, has
> lawfully become a citizen of the United States under the Constitution
> and laws.
>
> 2. He has all the rights of a natural born citizen, except that of being
> eligible as president or vice-president of the United States. In foreign
> countries he has a right to be treated as such, and will be so
> considered even in the country of his birth, at least for most purposes.
> 1 Bos. & P. 430. See Citizen; Domicil; Inhabitant.

**h)** There exist only two types of truth, *objective truth* and *subjective truth*. It does

not require subjective truth in order to secure justice, *although subjective truth*

*alone can secure justice by probability.* Objective truth alone is what is required to

both define what justice is and to secure it as a fact that does not require

percentages. (fact of nature, evidence in law: this is why we have juries to be

finders of both the facts and law because the positive law is only limited to what is

in the codes and regulations, but the entire law also includes what is criminal or

*'malum in se'* or what is wrong in its essence, or in other words, by the Laws of

Nature which only humans can define with their knowledge of what is a morally

33

wrong and what is not, regardless of what a statute or code says that may or may not apply.)

i) The phrases "born in the country, of parents who are citizens", and "born in the country, to parents who are citizens", are synonymous phrases that have a legal meaning. The phrase "born in the country" means born into the country in a political sense, as in an offspring who is born completely and totally a subject of, or subject to, the authorizing political authority that creates the citizen. The common mistake of the *Unity Theorist* is to ignore the legal meaning, then read "born in the country" and interpret that to mean that one must be physically born in the territorial jurisdiction of the same political state that the parents who created the offspring are citizens of. This is incorrect and indicates a failure to apply the rules of jurisprudence with regard to subject matter jurisdiction, i.e., the natural law authority from human 'parents' who are natural persons, versus positive law authority which is the state, an artificial entity that cannot create offspring who are natives of some society, as the state can only create "naturalized citizens" as a function of positive law authority, by definition. One must apply rules of law and apply the law in a political context, which is the proper and necessary context in order to understand the meaning. The second mistake that directly results from this misreading is that the *Unity Theorist* reads, "of parents who are citizens", and

concludes that it requires both parents to be citizens of the same political state because parent(s) is plural. The Unity Theorists stop reading from Law of Nations at this point (after the second sentence of paragraph Section 212, Book 1, Chapter 19) and is convinced that Obama is not a natural born Citizen and starts filing cases in court against Obama. Anyone who understands the title of Mr. Vattel's treatise will comprehend that he is talking about *Natural Law* and how it governs *Positive Law* definitions and practices. What Vattel is relating, is that in any *natural* sovereign political society where we are not talking about Kings, who are *artificial sovereign political authorities*, then it is the *natural sovereign human parents* in general, and specifically the citizen father, who uses *sexual reproduction* (natural law authority) to physically create offspring who are born inheriting a natural right claim to citizenship (membership) in the father's political society. These are the naturally-created native citizens that do not have to be *adopted* by the society or rely upon kings or 'subject' status for their **right** to be citizen or President (positive law authority). They are born into their political condition (synonymous with born in the country) as a function of being created by parents (natural law only) who are already members of the political society into which the offspring are being born. ("of parents who are citizens") The illusion in the minds of both the Positive Law Theorist and the Unity Theorist is that there is only one political authority in any

35

country that can create citizens (the 'government' creates citizens). They forget that we are no longer a monarchy under King George who created all citizens by positive law only ('subject' status).  In the United States, there are two authorities that can create citizens, the parents, who are the fourth branch of government representing the natural law authority of the country who can create natural born Citizens, and the three branches of the state who represent the positive law authority of the country, who can create naturalized citizens with statutory authority and even legislate that citizenship is *automatic* at birth.  (see *Minor v. Happersett,* 88 U.S. 162 (1875) and *Nguyen v. INS*, 500 U.S. 53 (2001))

The offspring must be born "completely and totally a subject of, or subject to" one of the two authorizing authorities of the country, as then the offspring are born into political membership or citizenship or "born in the country", regardless of where they are physically born. By *Minor v. Happersett,* 88 U.S. 162 (1875), it only takes one of the authorities and membership is mutually exclusive.  Only those born under the natural law authority of the parents (specifically the father) can be a native 'natural born' member of the father's political society (country).  This is what Mr. Vattel actually relates, if one only bothers to read the rest of the paragraph Section 212 and following Sections. I have extracted them here and highlighted them for clarity.  From Law of Nations Book 1, Chapter 19:

36

§212. Citizens and natives. The citizens are the members of the civil society: bound to this society by certain duties, and subject to its authority, they equally participate in its advantages. **The natives, or natural-born citizens, are those born in the country, of parents who are citizens**. As the society cannot exist and perpetuate itself otherwise than by the children of the citizens, those **children naturally follow the condition of their <u>fathers</u>, and <u>succeed to all their rights</u>**. The society is supposed to desire this, in consequence of what it owes to its own preservation; and it is presumed, as matter of course, that each citizen, on entering into society, reserves to **<u>his children</u>** the right of becoming members of it. **The country of the <u>fathers</u> is therefore that of the children**; and these become true citizens merely by their tacit consent. We shall soon see, whether, on their coming to the years of discretion, they may renounce their right, and what they owe to the society in which they were born. **<u>I say, that, in order to be of the country, it is necessary that a person be born of a father who is a citizen</u>;** for if he is born there of a foreigner, it will be only the place of his birth, and not his country. [*Emphasis added*]

§215. Children of citizens, born in a foreign country. It is asked, whether the children born of citizens in a foreign country are citizens? The laws have decided this question in several countries, and their regulations must be followed. **<u>By the law of nature alone, children follow the condition of their fathers, and enter into all their rights</u>** (§212); **<u>the place of birth produces no change in this particular, and cannot of itself furnish any reason for taking from a child what nature has given him;</u>** [*Emphasis added*]

37

# SUMMARY OF THE DEFINITIONS

## The political Law of Nature in non-Monarchy forms of Government

**PART IV (Definitions continued)**

A) The right to be President of the United States and the natural right to citizenship in the U.S. (natural born status) are natural political rights that in the U.S. must be inherited. They are not legal rights created by Congress to be bestowed.  This is a natural fact.

B) The natural right to be President or the natural right to be a citizen of the U.S., or of any particular society, is only passed on by a male citizen father of the society to his offspring.  This is a universal natural law.

C) Obama's father was an alien to the United States, so Mr. Obama does not possess the right to be President of the U.S., nor can he claim a natural right to citizenship, as his father cannot pass on that right to his offspring, given that rights only come from male U.S. citizen fathers who are State citizens and given that we do not recognize Titles of Nobility under our Constitution, which prohibits their creation.  This is a natural fact.

D) Nature binds a male to only his own political society of which the male is a member, so that he can only create natural members of his own society, regardless

38

of his choice in female mate and her political condition (citizenship), and only by the male's own authority and voluntary consent. Males never have to submit themselves to an authority other than themselves in order to create natural members of their own political societies. Only the male possesses the natural right to pass on natural membership and natural political rights to the offspring <u>by his own authority</u>. This is a universal natural law.

**E)** Female citizens are not naturally politically bound to any one society, and can create natural members of any society, or even several different societies, regardless of her political condition (citizenship), which is irrelevant in determining the natural born status of her offspring, and regardless of her consent. Females do not possess the natural right to pass on natural membership and natural political rights to the offspring <u>on their own authority since they are not hermaphrodites</u>, and are required to submit to a male authority in order for them to secure the ability to be able to create natural members of any one particular society. This is a universal natural law.

**F)** For the reasons stated above in **A** through **E**, the natural right to be President and the natural right to membership in U.S. society (natural born Citizen status) is only secured for the offspring by the male members of the society, and this has always been recognized to be reflected in U.S. Law. Therefore, in order to secure

these rights for the offspring, it requires that child to be created by a citizen father, and the place of birth and political condition of the mother are both irrelevant as they do not secure any natural political rights for the offspring in any society.  This is a universal natural law.

## THIS ENDS THE DEFINITIONS SECTION

# INJURY SECTION BEGINS

**PART V (This begins the injury and standing section)**

**STANDING AND INJURIES**

**Subsection 1 (Count 1)**

**Equal Protection**

**The Natural Law Theory of the father secures <u>political equality</u> for U.S. citizen <u>males and females</u> as natural born Citizens only, and establishes the defendants Positive Law Theory claim to be violating the Equal Protection Clauses that are meant to secure the natural political rights of both male and female U.S. citizens to be <u>equal via the natural born Citizen definition</u>.**

62)  The government's *Positive Law Theory* violates 52b above and grants a Title

of Nobility to females which establishes a Royal political society among the U.S.

citizen females who can give birth to the offspring of foreign males, offspring who

can then be the political head of state. (President)  This is what a *Queen* does.

63)  For the reason that is stated in 62, the male U.S. citizen is disenfranchised of

his political equality with female U.S. citizens and is forced to compete for the

Office of President with the offspring of foreign males.  This is a violation of the

Equal Protection clause of the Constitution.  The government's *Positive Law*

*Theory* removes the established political equality between males and females that

41

the Constitution is meant to establish with the *Natural Law Theory* definition of natural born Citizen.

64) Due to 62, the freedom, or natural right, for female U.S. citizens to voluntarily choose in which political society to create natural born members is *unsecured* by the Constitution which exposes females to rape by foreign males who can create offspring that can become President.

65) Due to 64, the male U.S. citizen is forced to compete with foreign males and their offspring for entitlement to hold the Office of President.

66) The Constitution never intended to, nor does it, secure those political right privileges for foreign males or their offspring.

67) Due to 62 through 66 above, the plaintiff Paul Guthrie who is a natural born Citizen (U.S. native), and not just a natural born citizen (foreign native), has suffered an injury to his natural political right and legal political right to political equality within his political class of *natural born Citizen*.

42

**Subsection 2 (equal protection continued) (Count 2)**

**Monarchy Form of Government**

**Defendant Obama's Presidency represents the establishment of a Monarchy since his unlawful selection and his unlawful conveyance by Congress in 2008 and ongoing in 2012.**

68)  Due to 62 through 67 above, Obama's tenure in Office and ongoing Presidency

establishes a *Monarchy* form of government that is identical to the government and

political conditions as were under King George III, that is, a *foreign unelected*

*government* to that of the native People's Constitutions. [see Decl. Indep.]

69)  Due to 68 above, the defendants Mr. Leahy, Mr. Boehner, and Mr. Mueller are

responsible for establishing Obama to be a de facto king of a foreign power

government and not a President of the government of the People.  Their ongoing

actions that maintain Obama in the Office of President are ongoing violations of

Article I, Section 9, Clause 8; Article II, Section 1, Clause 5; and the First

Amendment.  By their actions, the defendants Mr. Leahy, Mr. Boehner, and Mr.

Mueller are conspiring, either due to ignorance and extreme neglect of their duties,

or by design, to overthrow the Constitution and establish and maintain a fascist

dictatorship form of government with a non-natural born Citizen President who is

subject to blackmail.

70) Due to 68 and 69 above, the three branches of government no longer belong to the People.  The three branches of government now belong to King Obama, Congress, the Executive branch, the Judicial branch, the other defendants, and those of society who claim membership in the privileged Royal political society of Obama and the defendants.  The People have had their native Constitutional government unlawfully taken from them by the use of fraud, deception, and unlawful use of force, by the voluntary will of Congress, State and Federal actors and authorities (who could be added as defendants), and by Obama himself with the support of the propaganda ministry defendants, a situation which is still ongoing and growing worse.

71) Despite numerous challenges to Mr. Obama's eligibility since before the *selection* of 2008 and also 2012, the State Secretaries of State placed de facto King Obama on the ballots in both 2008 and 2012 for *selection* of *King* and not President.  There has not been a lawful Presidential election since 2004 or lawful representative government of the People since 2009.

72)  Due to 70 and 71 above, the fact that the State Secretaries of State put Obama on the ballot for the federal *selection of King* in 2008 and 2012 gives the appearance that it is the intention of the State and Federal government to work in collusion in order to overthrow the Constitution of the People of the United States

44

and establish a de facto King and de facto Monarchial Tyranny over the People in order to enslave them.

73)  Due to 70 above, all laws enacted and passed by the *government of King Obama*, 111th Congress (2009-2010), 112 Congress (2011-2012), and future Congresses are null and void, as they do not have the consent of the People because it is not the *government of the People*.

74)  Due to 68 through 73, the People and plaintiff Paul Guthrie have had their natural right of freedom to self-determination unlawfully denied.  King Obama and his Parliament (Congress) have unlawfully denied the People their *natural right to Legislative powers and authority*.  As such natural political rights are "*incapable of Annihilation*" [Decl. Indep.] by the actions of Tyrants and Kings, plaintiff Paul Guthrie joins with the other numerous petitioners who have been returning time and time again in vain attempts since before the 2008 selection of King Obama, and he petitions the Court to secure his and their rightful claim to *Liberty*. [see *Declaration of Independence, U.S. Constitution*]

75)  The above points in Subsection 2, 68 through 74, marked as facts, proves that the defendants are conspiring to create an insufferable political injury to the plaintiff's ability to secure his natural and legal right to have his *sovereign political authority* recognized, which is the natural right secured by the Constitution in

45

Article II, the sovereign political authority of the natural person citizen of the U.S.
to have the freedom to secure rights and justice to, and for, oneself, according to a
*standard rule of law*.  It is a natural right of self-determination *necessity* that is
meant to be protected in Article II for both male and female natural born Citizens
by the already-defined and known meaning of natural born Citizen, in order that
the People may secure *Liberty and Justice* for the People.

76)  The inability of plaintiff Guthrie to secure his natural political rights, which
are essential in order to secure Liberty and Justice to and for himself, constitutes a
political condition of *involuntary servitude to a King and his foreign government
for all and any rights*.  This forces plaintiff Guthrie, to live with no representation
under the despotic authority of the defendants, who have by their actions, created
the three branches to be a government of the government, by the government, and
for the government, which is King Obama. Plaintiff Paul Guthrie is outside of the
purpose of his native Government, each day hoping for the benevolence of the
King and his foreign government to bestow plaintiff with rights and privileges
according to King Obama and his government's opinions of what rights or benefits
exist and are needed or required for 'subject' Guthrie, who is not recognized as a
free sovereign natural born Citizen with natural rights to a natural born Citizen

46

national identity and President that define Guthrie's country and rights and his
native political society into which he was born.

77)  The facts described in 75 and 76 above, prove that the plaintiff Paul Guthrie is
being forced by the **fraud under the color of law conspiracy** of the defendants to
suffer the political right injury of having no way to secure or derive any political
rights, benefits or protections of law from the government of the Constitution, as
the government of the Constitution no longer exists, with the exception of most of
the judiciary minus the Obama appointees.  The Monarchy government that is left
only serves itself and its privileged class of followers, because the three branches
no longer belong to the People.  The federal courts already have many Obama
appointees and even the Supreme Court already has two members of King Obama's
ministers on the bench, which is why they are listed as defendants in this suit.  The
government of King Obama, and the two defendants Kagan and Sotomayor, do not
recognize the *natural born Citizen status* of plaintiff Mr. Guthrie or anyone else
who is a native U.S. citizen that is born to a free non-slave State citizen father, and
therefore King Obama and his government are not under the Constitution, as they,
their government, and their privileged Royal class of followers do not recognize an
entire non-Royal political class of free non-slave sovereign citizen males of the
political society, a political society that is only created for U.S. males and U.S.

47

females by the Constitution and its recognition, acceptance, and enforcement of the natural born Citizen Clause. This is a total loss of plaintiff's political right freedoms, caused by both King Obama and his government, and by the society at large who are the King's supporters, a loss that was meant to be prevented by being secured and protected by the Article II natural born Citizen clause, and by other provisions of the Constitution such as the Title of Nobility prohibitions and the First Amendment, and by the Constitution itself.

78) All the defendants have a vested interest in maintaining their fraud and in conspiring to prevent the truth from being known. It has already happened in the case of *Purpura v. Sebelius* (3rd cca) that was refused certiorari. The district judge in that case refused to recuse himself. He was an Obama appointee. Plaintiff Purpura alleged that the Patient Protection and Affordability Care Act (PPACA) was unconstitutional because defendant Obama was not a natural born Citizen. The judge refused several times and Purpura even employed an en banc hearing that resulted in a judgment supporting the judge's refusal to recuse. In light of plaintiff Guthrie's discovery of the objective definition of natural born Citizen, it can be seen that the judges were technically correct. The decision rendered from the 3rd circuit district court that was upheld on appeal was that the plaintiffs lacked injury or subject matter jurisdiction (standing). The plaintiffs failed to provide any

facts that could support the allegation that defendant Obama was not a natural born Citizen because Purpura had not discovered *The Natural Law Theory of the Father*. Purpura was relying upon only the Unity Theory which by 60 above does not establish a fact. The only other avenue left for Purpura was to establish that the PPACA will apply to Purpura and create an injury. Due to his age, income, and other benefits to which he is entitled, the court could not find any facts to support the notion that the Act would even apply to Purpura, so they could not see how it affected him in order to create an injury. Understandably then, they never addressed the issues raised in point number 6 of Purpura's petition that made the claim that defendant Obama was not a natural born Citizen, as there was never any evidence to support this claim that was ever introduced by any party in the suit. Purpura alleged in his complaint that he was also bringing his suit on behalf of his fellow citizens. The discovery of the objective definition of natural born Citizen indicates that the effect of defendant Obama not being a natural born Citizen is to disenfranchise male U.S. citizens, as a separate political class from the female citizens, which is an Equal Protection violation of political equality between male and female citizens for which the objective definition was meant to create and establish a protection in Article II. This protection prevents an inequity between male and female citizens by preventing the establishment of two separate political

49

classes, one a Noble class (females) and one a commoner class (males).  Therefore, by claiming that defendant Obama was not a natural born Citizen, without any facts to support, Purpura was essentially pretending to represent a class action law suit, which only an attorney can bring and represent.  Purpura was a non-attorney pro-se litigant.  If Purpura had discovered the *Natural Law Theory of the Father*, then he would have realized as plaintiff Guthrie realizes that he can only bring his own case for his own injury on his own behalf as a member of his political class of males who are injured by defendant Obama.  Each member of this new political class (commoner male citizens) that is created by the defendants named in this petition can bring their own suit.  If they all want to bring a class action suit then they can hire an attorney and bring one.

79)  The facts related in 78 above indicate a reason for plaintiff Guthrie to be concerned that he is about to suffer an injury to his rights of due process and even physical safety since now Guthrie has objective proof of the definition of natural born Citizen that requires no additional paper trail evidence (birth certificate), since one only needs the Declaration of Independence, the Constitution, the rules of jurisprudence, and your reason and five senses to discover whether or not defendant Obama is qualified to hold his Title and Office.  There are only three possible options: (1) the defendant's *Positive Law Theory*, which violates 52b

50

above, (2) the *Unity Theory*, of *Purpura v. Sebelius*, No. 11-2303 (3d Cir. Sept. 29, 2011), 132 U.S. 1631 (2012) *rehearing denied, Kerchner v. Obama,* 612 F.3d 204 (2010)*, Taitz v. Obama,* 707 F.Supp.2d 1 (2010) and all the 100 plus other plaintiff cases, which violate both 52a and 52b above, or (3) *The Natural Law Theory of the Father*.

80) Upon filing his case, plaintiff Guthrie is going to automatically run into resistance from those who have much to lose financially and political by having the truth exposed. Before he even files, plaintiff Guthrie realizes that this case is headed for the Supreme Court of the United States of America and that there are two members already of that court who are not legitimate and who have a lot to lose by having the truth come out. Plaintiff Guthrie does not even know if this case will be given to a district judge who is not a magistrate judge, but instead is an Article III judge, and whether or not the judge assigned will be an appointee of the defendant Obama. Plaintiff Guthrie is already suffering an infringement upon his rights of due process by the fear and intimidation caused by a predicted backlash from the defendants and from the society of privileged supporters of King Obama who might even become violent towards the plaintiff Guthrie for the mere offense of speaking the truth and attempting to use his due process rights in order to obtain his Liberty and Freedom and Justice which are just his rights that he is due.

81) Due to the facts stated in 80 above, plaintiff Guthrie has been living in fear for over 4 years, like a Jewish person under Hitler in the 1930's and 1940's, afraid to come out and speak the truth and obtain his citizenship rights, and thus other rights of his native society, for fear of bringing the wrath and societal violence upon himself that is being caused by the privileged political society of King Obama and his government, the named defendants.

82) If the courts and defendants do not immediately recognize plaintiff Guthrie's rights and discovery, and move to protect him from the government of King Obama and his society of privileged followers, then both the courts and the defendants will cross the line from a civil conspiracy to deprive plaintiff of his citizenship status and rights, and will then be engaged in a knowing and purposeful conspiracy to commit fraud in order to deprive the plaintiff Guthrie of his rights, which is a criminal act, and is also a civil act of **libel** against plaintiff Guthrie. Will plaintiff Guthrie and others in his condition then have to flee for their lives, like a Jewish person in the 1930's or 1940's, and seek political asylum in a foreign country?  Or will he be enslaved in his own country under a foreign military occupation that operates totally under **false color of law**?  How is that any different than living under Hitler?  If plaintiff flees to a foreign country, how is he going to survive?  The plaintiff Guthrie is already 51 years old and is very poor

52

with no friends or relatives to turn to in order to help him escape America. Where

is he going to get the money to buy his freedom and safety? How is he going to

convince a foreign government to grant him political asylum with Secretary of

State and defendant John Kerry maintaining the fraudulent illusion that both he and

defendant Obama hold a lawful warrant to their titles and positions? In effect, both

the defendant Kerry along with the rest of the defendants are conspiring to

maintain the illusion which robs plaintiff Guthrie of his credibility and reputation

and citizenship rights, and traps plaintiff Guthrie in America as a slave and

prisoner of a foreign government and power that is criminal in its very nature, just

like Nazi Germany under Hitler.


**Subsection 3 (Count 3)**

**Government as an Established Religion**

**King Obama's and Queen Ann Dunham's Royal Noble Appointments, and the establishment of a Monarchy by Mr. Obama, State and Federal actors, and Congress's free will actions without the consent of the People establishes the three branches of government to be a Religion that ties the State and Church together as one political entity in violation of the First Amendment prohibitions against interfering with the natural rights of conscience by preventing the establishment of religion or establishing government to be a religion that one is compelled to worship.**


83) Petitioner Paul Guthrie is an Atheist who *objectively believes* in *Natural Law*

and the *Laws of Nature*, not the subjective belief in God, to be the source of authority that governs mankind's moral and ethical behavior according to a <u>natural order</u> or <u>rule of Law,</u> not according to opinion (subjective belief), belief in supernatural realms and deities (God, a subjective belief), or arbitrary rule by man (King Obama and his government's subjective beliefs and criminal use of positive law authority).

84) A king's sources of authority for his claim of *artificial sovereign political authority*, or the legal right claim to be the political head of state for the country or **countries via his offspring made with foreign females**, are the subjective beliefs in both violent unlawful force known as *Might makes Right*, and in forced faith, opinion and a belief in God, called *The Divine Right of Kings*.

85) Due to 84 above, the U.S. citizen is required to accept that King Obama is God's chosen messenger upon Earth with regard to secular and religious political matters of the society and state, which necessarily requires one to believe in God, given that King Obama has no legitimate natural source of native U.S. sovereign political authority to point to in order to *objectively prove* just what source of political authority entitles him to a lawful claim of a natural right to the Office of President of the United States.

86) Due to 84 and 85 above and incorporating the findings in **Subsection 2**, the

U.S. citizen Atheist is required to live in fear of violence perpetrated by the

government or society in response to bringing a grievance or disobeying a non-law,

or else must believe in God in order to accept that the government is legitimate and

belongs to the People and that the laws are valid and must be obeyed.

87) Due to 84 through 86 above, petitioner Paul Guthrie who is an Atheist, is

required to worship and view King Obama and his government to be God in order

to accept that the laws are legitimate and must be obeyed.  Guthrie dare not make a

public ruckus and expose the truth and try to secure his rights of conscience, or

else he might have to endure the wrath of King Obama and his government and

their irrational ignorant religious followers who have no clue what a natural born

Citizen is and don't care anyway.  This is a violation of the First Amendment

prohibitions against establishing forced religion, as this establishes government to

be the religion that all must worship, under the threat of force and physical

violence by the society and government, in order to obey the rules and codes with a

clear conscience, or to be physically protected, or able to secure any rights.  This

constitutes an *insufferable injury* to plaintiffs' *natural rights of conscience*, not to

mention his natural right and legal right to be safe from attack by foreign religious

political forces within his own country and robbed of his rights and citizenship

benefits. Guthrie's <u>rights of conscience that guarantee him an objective standard</u> <u>natural order (rule of law) to be recognized as the basis of law and Justice</u> are meant to be secured and protected in the First Amendment, and are meant to be secured by the definition of natural born Citizen as being according to the *U.S. State citizen father*. This *protects Mr. Guthrie's right to be an Atheist* and to live by, and exercise his *objective beliefs*, which includes the recognition in positive law of *the natural right* to a standard of Law so that he may determine to be governed by an *objective rule of law*, which is <u>essential</u> in order for him to be able to secure his Atheism. That protection already exists and is already supposed to be provided to him in the discovered *objective definition* of natural born Citizen that is codified into the Organic law (Article II). If only people would recognize it and enforce it, then plaintiff Guthrie could have his natural right to the free exercise of his entitled beliefs (Atheism) permitted to resume unmolested, that has been unlawfully interfered with by the ongoing actions of the defendants.

88) Although plaintiff Mr. Guthrie is stating an injury to <u>his</u> rights of conscience concerning objective views and beliefs, as a result of 84 through 87 above, we can identify other religious groups that will be affected and could suffer injury by being forced to worship other gods (government) before their own Gods, which would be an injury to the religious person's right to his or her subjective beliefs.

This shows that the Church and State have combined into one under King Obama. As a result of the actions of the defendants, which is a conspiracy to commit a violation of the Separation of Church and State Doctrine of the First Amendment, not only is Guthrie robbed of the free exercise and enjoyment of his rights of conscience, but as soon as others learn what is going on by Guthrie's filing, then they too will be enslaved to a foreign religion. Then, as long as the courts and defendants refuse to recognize and accept the truth and law and to accept defeat, they will be engaging in a provable criminal conspiracy to combine Religion and Monarchy in order to interfere with the free rights of conscience of the people, in violation of the First Amendment.


**Subsection 4 (Count 4)**

**Slavery**

**The foreign government and foreign power of King Obama and his Monarchal Religious government forces the U.S. citizen taxpayer into Taxation without Representation which is involuntary servitude, the very essence of slavery banned by the 13th Amendment.**

89) Plaintiff Paul Guthrie is a pauper. He is too poor to owe any taxes. He is not a taxpayer at this time and is not even required to file a return because he earns under the minimum requirement for tax filing.

90) In order to secure his Liberty and not be subject to the slavery of involuntary servitude to a foreign government that is not his government, plaintiff Guthrie has been forced to remain impoverished in order to secure his political freedom and personal liberty, or else not pay taxes that he does not owe to a foreign government and hope they don't persecute him for a crime that is not a crime and for which they have no rightful authority to prosecute him. If plaintiff Guthrie should some day earn enough to be required to file and pay taxes, and he then tries to defend himself against the IRS and raises the truth of the objective definition of natural born Citizen, which is a positive defense, he would then run afoul of the injuries raised earlier in **Subsection 2,** or be subject to ridicule and attacks upon his character and reputation by the government via IRS proceedings, due to the illusion of legitimacy that the wrongful actions of the defendants are causing.

91) Due to 90 above, the plaintiff Paul Guthrie and all U.S. citizen tax payers are forced to suffer the *intolerable injury* of being extorted by the King and his government and forced into involuntary servitude via *Taxation without Representation* to have to give the fruits of their labor to a foreign government and power without their consent, or remain impoverished to avoid this unpatriotic duty and avoid the physical threats to one's personal safety, name, and reputation as directed at Guthrie unlawfully by the defendants, and unjustly by his society,

58

which prevents him from establishing a credible reputation like other normal

people.


**Subsection 5 (Count 5)**

**Hate Crime and Slavery**

**Discrimination based upon <u>objective belief in the rule of Law</u>.**

**How the term "birther" and the actions of the defendants are discriminatory
terms and actions based upon <u>gender</u> (being a male), <u>national identity</u>
(natural born Citizen definition), and <u>religious views</u> (Atheism or the objective
belief in the rule of law) that have the effect of segregating and isolating the
natural born Citizen from his rightful native political society and the rights
that are secured by that society.  This is a Hate Crime by definition in the
Hate crime laws of the U.S.  The effect is to deny any name or reputation of
authority or credibility as a male representative spokesperson of the native
political society, which prevents the natural born Citizen male or female from
being able to secure his or her right to Freedom, Liberty, Justice, and
Equality.  This is total slavery, banned by the 13th Amendment and banned
by the plaintiff's Indiana State Constitution. Both prohibit slavery and
involuntary servitude except for the punishment of a crime that one has been
duly convicted.**

92) King Obama, his supporters, the three branches of government, and the

Popular Press and News Media coin or use the term "<u>birther</u>" as a label to attach to

people like Plaintiff Paul Guthrie, which is an insulting label meant to devalue the

reputation of the person and his citizenship rights by discrediting anything a

"<u>birther</u>" says regarding the fact that Mr. Obama is not a natural born Citizen and

so is not eligible to hold Office.

93) One earns the distinction as a 'birther' by publicly telling the truth that Obama is not a natural born Citizen, exposing oneself to public ridicule by publicly acting like a person who believes that we are supposed to be under a Constitutional government that is limited by the acceptance of Nature and Her Natural Laws, and that we are supposed to be governed by the rule of that law, and that everyone is supposed to be equal and no one is supposed to be above the law. That is enough to be branded and stigmatized with the label "birther" by the government, by the public at large, and by the popular Press and News outlets, and so be *disinherited of one's citizenship.*

94) The purpose in society of the actions described in 92 and 93 above is a *political purpose* that has the effect of ostracizing the "birther" from his lawful political society by creating the illusion that anyone who says that Obama is not a natural born Citizen is wrong because everyone knows that Obama was born in Hawaii, as if the place of birth was relevant, **which it is not**. This false set of choices [either (1) *The Positive Law Theory* of the government based upon Hawaiian birth, or (2) *The Unity Theory* (Birtherism) based upon place of birth (Kenya) and both parents being U.S. citizens (father Kenyan)] is false because the illusion is that there is not a third choice, which of course is (3) *The Natural Law Theory of the Father*, which has nothing at all to do with the place of birth of the

60

offspring or the political condition of the mother, as was intended by the Constitution and is indicated by the Title of Nobility prohibitions and how they operate upon Article II as detailed in 52a and 52b above. The effect of not disclosing the true and correct definition and meaning of natural born Citizen as properly described by *The Natural Law Theory of the Father* is that of disinheriting the U.S. natural born Citizen 'birther' of his credibility and inherited ancestry, Freedom, and Liberty by denying him the public recognition of his rightful government. This recognition is essential for the natural born Citizen to secure his political equality and reputation. *The denial is accomplished by the refusal to recognize the natural born Citizen status to be a function of birth to a native State citizen father, by equating natural born status with the place of birth only, which defeats the purpose and applicability of the Constitution as identified in points 49 and 50 above.* This makes the natural born Citizen to be treated legally identical to those who were taken from Africa during the slave trade era of American history. Those who were taken were deprived of their lawful native rights and government that their native fathers had provided to protect their children, and were taken away and only recognized as natives of a foreign political society (Africa) but who were now subject to a foreign authority that denied recognition of State citizenship in order to keep them slaves, without recourse to laws for the protection of their

political rights.  Slaves have no political rights recognized, that is why they are slaves.  The term 'birther' serves the same purpose, function, and effect in society, to deny rights and to separate slave people non-citizens from Royal privileged political people citizens or institutions (defendants), and to deny the native people non-citizen slave political society any right to citizenship or a government, and thus deny them any ability to secure Freedom, Justice, and Equality, the political and societal rights such as those in the Royal political society have.

95)  Ever since the unlawful selection of King Obama and his conveyance into the Office of President, the natural born Citizen 'birther' has been and continues to be a slave without a government, who is outside of the political arena and law due to his beliefs, not based upon skin color, but based upon *objective belief in the rule of Law*.  Those who continue to attach the stigma 'birther' are seen to be purposefully acting to libel and harm and keep the U.S. natural born Citizen 'birther' ostracized and enslaved to the arbitrary unlawful violent authority of a foreign government and power.  The effectiveness of this new discriminatory term 'birther' in depriving the native natural born U.S. Citizen of the benefits of his native government is seen to be extremely effective, given that after over 100 attempts in court and over 4 years, the natural born U.S. Citizen 'birther' still does not have his Freedom and Liberty, Due Process of Law, or Government back.

62

96) For the reasons stated above in 92 through 95, plaintiff Paul Guthrie, who is a natural born U.S. Citizen, *has been for a long time and is currently suffering the political right injury of slavery* and being deprived of his natural rights of citizenship, by the actions of the defendants, rights that are meant to be recognized and protected under the Constitution, which only come from the recognition by the defendants of plaintiff's male State citizen father as the source of an inherited right to U.S. citizenship and State citizenship.  This is just like how, in the southern States, the black male father slave was denied State citizenship to pass on to his offspring, and therefore deprived of his ability to secure his rightful Freedom and Liberty for himself or for his offspring.  The inability of the black slave and of plaintiff Paul Guthrie to secure their political Liberty, Freedom, Justice and Equality to be recognized as coming from a State citizen father is caused by the same type of force that affected the black slave.  The recognition of his citizenship status is being denied to plaintiff Paul Guthrie, by an <u>organized opposed counter political force</u>, a political force (of Noble Title) which has achieved this goal in our times today with the unlawful help of Congress (in ignoring the Title of Nobility prohibitions), and by the use of invented divisive political labels such as '<u>birther</u>', and by promulgating other violent deceitful tactics and propaganda over time against the '<u>birther</u>' in the courts and public arena.

63

97) All branches of government, with the support of King Obama's privileged entourage, have violated both the State and Federal Titles of Nobility provisions of the Constitution and have granted a Title of Nobility to Obama's U.S. citizen mother so that she could pass on an artificial sovereign political authority of positive law to her foreign-born U.S. citizen child (a foreign father makes the child a foreign-born *natural born citizen of Kenya*, regardless of the place of birth of the offspring or citizenship of the mother), who could only then inherit the *privilege created* by the three branches in the 2008 *selection* of King to be President. Apparently in Congress' omniscience, they thought they could issue a Title of Nobility that could travel back in time and confer upon Queen Ann Dunham to pass onto Obama. Or was it just created in 2008 by the *Royal Protectorate Society of Hawaii* (place of birth) that apparently, to everyone's surprise, is a State that does not have to go by the Constitution and can grant Titles of Nobility to anyone born on their soil territory jurisdiction? The only other alternative is that it was known in 1961 that baby Obama would need a Title of Nobility in 2008, so either Congress or the new State of Hawaii granted the Title of Nobility in 1961 to Ann Dunham in secret, unbeknown to anyone at the time (this would explain why we can't see the original birth certificate) so that she could pass that on to baby Barack so that he could be President in 2008.

98) The above points 92 though 97, prove that Mr. Guthrie is not a racist and that Mr. Guthrie is neither a slave non-citizen nor "birther" non-citizen slave, but instead is himself enslaved and injured as a natural born U.S. Citizen by being labeled the latter by the government and society, in order to justify being treated like the former by King Obama, his government, and his Royal privileged society of followers (defendants and society at large).

**Subsection 6 (Count 6)**

**The effects upon the U.S. Military of the refusal by government to recognize Natural Law Authority**

**The Monarchy-Religious government of King Obama has eliminated civilian control over the military, and now power and authority has been transferred to the upper echelons of the military that are now a rogue military force that can secretly do whatever they want.**

99) Since Mr. Obama is only a natural born citizen (of someplace, probably Kenya) and a naturalized U.S. citizen, not a natural born Citizen, the Monarchy government that is created by his unlawful conveyance and maintenance into power represents a dilemma for the military person who is contracted active duty military under U.S. military service. [see Officer's Oath by Terry Lakin, ISBN-13:9780578086644, Publisher: Paperclip Press, Publication date: June 15, 2012, the story of the Court Marshal of Col. Terry Lakin.]

100) For the U.S. military person, waking up and realizing that Mr. Obama is a King and not a President is like waking up one morning and discovering that you have been shanghaied into a foreign king's army without your consent having been obtained.

101) Due to 100 above, the aware Patriotic U.S. citizen member of the military, who has taken an oath to uphold and defend the government created by the Constitution, feels a compulsion to get out of the *foreign king's army* and back into the native army, an army created by the Constitution via the definition and meaning of Article II natural born Citizen with which he or she **contracted**.

102) Due to 100 and 101 above, the aware military person has only two options in order to solve this dilemma, either to violate his oath to the legitimate government of the Constitution and thus his conscience so as to stay in this military in order to secure his retirement benefits and income or to get out of the military, neither of which are appealing propositions, because the person cannot disobey orders without punishment and repercussions. He has the right to disobey, but not the power to disobey without repercussions, as long as the military unlawfully keeps him under the King's dominion.

103) Due to 100 through 102 above, the aware U.S. military person is forced to seek recognition from the appropriate authority that his or her original contract was

with a different government than the one that is in power, and therefore, his or her

contract has been voluntarily broken by the government of the Constitutional

military, and thus is void in the king's army, and he or she should be released from

their obligations, or else he or she will have to seek political asylum in a

jurisdiction that can protect him or her from serving in the King's army.

104) Since there is no longer any lawful civilian control over the military under

King Obama, the power and control over the military must go someplace,

governed by the Law of Nature alone, if not by positive law authority.

105) Due to 104, the rightful power and control over the U.S. military is either

with the military itself minus King Obama and Congress, or it has been transferred

to some other one of the People who are the rightful Constitutional overseers of the

military. The rightful power and control has been wrongly placed in the hands of

the defendant Dempsey which is why he has been named in this suit.

106) The plaintiff Paul Guthrie is a natural born Citizen who has inherited a native

*natural sovereign political authority* from a native State citizen father.

107) Due to 106 above, the plaintiff Guthrie is one of the People that the

Constitution is created for, which gives him the right to take control of the

government and military in a lawful manner via due process of law, when the

67

government abdicates its duties and responsibilities, which gives him the right to file this petition and be granted the relief sought.

108)  The Congress, Executive and Judicial branches of the Constitutional government of the United States and defendants Holder, Mr. Leahy, Mr. Boehner, and Mr. Mueller have completely and totally abdicated their Constitutionally-obliged lawful duties and responsibilities for over 4 years now and are still refusing to be bound to the Constitution and the rule of law. The defendants are no longer constituted as a *Representative body of the People*, and haven't been for some time, by their own voluntary will and actions without the authority or consent of the People.

109)  The truth of this fact stated in 108 above is self-evident by the very fact of reality that, in over 100 U.S. court cases in over 4 years since even before Obama's selection in 2008, no one has been able to discover the definition and meaning of natural born Citizen, given that King Obama and his Monarchal-Religious government are obviously still in power.

110)  Due to 109 above, plaintiff has no choice but to conclude that the entire Nation must consist either of stupidly or willfully ignorant fools, or of those who are under the influence of some form of mass delusion, hypnotic trance, or threat of violence.

68

111) As a result of 99 through 110, plaintiff has no choice but to conclude that it is the Patriotic duty of the first person who discovers the true meaning and definition of Article II natural born Citizen to file a petition with the Court, so as to break the spell and illusion, that all may take cognizance of the situation, in order to apply the Constitution to protect the U.S. citizen from being defined by the government's actions to be a *George Washington*! In fact, Title 18 U.S.C. § 2382 Misprision of Treason and Title 18 U.S.C. § 4 Misprision of Felony compel Guthrie forward into Court to inform them of his discovery or else he could be guilty of crimes himself.

112) Plaintiff Mr. Paul Guthrie did not ask to be a *George Washington* and does not want to be a *George Washington*.

113) By filing this petition, plaintiff Paul Guthrie is establishing a public record that he is the first natural born Citizen person in the country to rightfully file a claim in Court that establishes objectively in Nature, as a self-evident truth of Nature, what the objective definition and meaning of Article II natural born Citizen is, which is a matter of objective truth, and not plaintiff's opinion, nor anyone's opinion, opinion being only *subjective truth and hearsay evidence*.

114) Mr. Guthrie proves by his filing of this petition that he is the only person in the country who understands how the government and law is supposed to function, making Mr. Guthrie *the last surviving natural U.S. sovereign political authority of*

*the country*.  This is because you cannot claim to have inherited a natural U.S. sovereign political authority if you don't even know what one is and where it comes from.  It is obviously that no one in the country besides plaintiff Guthrie knows, given that so many have been trying to determine it for years now and we still have a King and Monarchy for a government, and not a President and Constitutional Republic of the People.

115)  Due to 99 through 114 above, Mr. Guthrie fears that those who are seeking to leave King Obama's army and repatriate themselves with the proper Constitutional government of *We the People* will turn to Mr. Guthrie to lead them like a *George Washington*, since by his public filing he is showing the world that he is the only person in the country with sufficient legal, scientific, historic knowledge who is not under the spell of mass hypnosis of the King and his government, who knows what a natural born Citizen is, and what the Constitution means, and how the government is supposed to function.

116)  As a result of 115 above, plaintiff Mr. Guthrie is made to suffer a political right injury and lose the benefit of the rule of law and its protection, and is made subject to arbitrary unlawful powers and authority that he does not want and does not deserve.  This injury is caused by the courts' and Congress's unlawful refusal to recognize and be bound by the Natural Law jurisdiction and authority of the

70

Constitution which is fully defined in the Article II natural born Citizen Clause by *both Intent and Political Context, and by Nature and Her Laws.* (see the Definitions section above) [natural fact note, evidence: Nature's political laws, Declaration of Independence: Governments are created by <u>males,</u> and the Constitution: "We the <u>People</u>" which includes the male citizens who naturally create the government since males are naturally territorial creatures who define the political boundaries of a society. It is not the females, who are at a natural disadvantage when it comes to defending any claimed territory or enforcing rules and regulations, so they do not define the secular political boundaries of a country unless they are Queens. Females only naturally define membership for the offspring in a religious political society, the family of mankind. Females naturally fight to protect their children and husbands, males naturally fight to protect their adult females and offspring by defining and protecting some territory and establishing rules within the territory in order that they can protect the females and offspring from foreign males. This is why in the natural state, males create the government not females. This is what is being related by Thomas Jefferson in the Declaration of Independence as a Law of Nature or Natural Law, a 'self-evident' truth.]

71

117) Mr. Guthrie resents having this duty thrust upon him and should not even have to be in the Court wasting their time and his, as he would not have any injuries if the three branches were just doing their job and enforcing the Constitution and living by the laws that they all took an oath to uphold and defend and to live by. (an oath to uphold and defend both Positive Law **and Natural Law**) But it seems that one cannot uphold, defend, enforce, and live by that which no one in the three branches of government or among the populace even knows what it means.

118) Due to all facts incorporated above in this petition and as a result of the actions of the defendants, plaintiff Guthrie notes that he finds himself in a similar predicament to that of Jesus from the Bible. Like Jesus' predicament in the Bible, Guthrie finds himself in the position of coming into the court of Caesar due to the irresponsible actions of zealot religious subjective believers in the Royal privileged political society of Obama, and by analogy when Guthrie speaks the truth and reveals that he has committed no offense under the Roman civil code, the angry mob wants Guthrie's head for daring to defy the religious authorities of the privileged religious political society of Obama. If the Court should refuse to take and hear this case and refuse to grant the plaintiff the relief requested, then they will replay the role of the Roman Civil Authorities who failed to protect Jesus from

Crucifixion. Guthrie prays the Court will protect him and not make that same mistake, as he resents being put in this position by the irresponsible actions of the defendants and the privileged Royal political worship society of King/God Obama supporters. This filing is putting everyone on notice, that once notified of the **objective definition and meaning of natural born Citizen**, if everyone does not take note of it and cease and desist immediately, then one might well lose the protection of the law and will appear to be engaging in an open criminal treasonous conspiracy to deprive Guthrie and those of his political class of their rights and freedom. Any who do not accept and comply with the facts presented in this court filing, once they are made aware of the facts, who will not cease and desist their actions that are causing Guthrie's injuries, might well be opening themselves up to claims of further libelous injury committed against Guthrie, now that the facts are established.

**Subsection 7 (Count 7)**

**The Denial of Due Process**

**Loss of recognition of inherited citizenship status as a natural native sovereign political authority of the country (Article II natural born Citizen status) is a violation of plaintiff's rights to due process of law under both the U.S. Constitution and also under plaintiff's Indiana State constitution.**

119)  The incorporation of all points and sections above, and the injuries to the plaintiff that they describe, proves that the U.S. government (three branches) and most of her People (who are the fourth branch of government) do not and will not recognize the status *natural born* and the citizenship rights of natural born U.S. Citizens. (offspring of State citizen fathers, hence capitol 'C')

120)  The facts stated in 118 along with the injuries that are described in full in the petition above, particularly the facts stated at 54, 61, 67, 69, 77, 82, 87, 91, 96, 98, and 118, prove conclusively that as a matter of law and reality in the U.S., those natural born Citizen 'birthers' like plaintiff Guthrie, who are aware of what is going on, are in fact legally total Political, Economic, and Societal **Slaves**, legally identical to the black non-citizen slaves in the old South, or Jewish non-citizen people trapped under Hitler in Nazi Germany in the 1930's or 1940's.  Mr. Guthrie is not able to have his citizenship recognized by the government so that he can be protected by the Constitution and laws, and the same was true of black non-citizen slaves, or Jewish non-citizen persons under Hitler, which is what defined them as

74

being legally slaves or societal pariahs. Just like a black non-citizen slave, or a Jewish non-citizen slave under Hitler, Mr. Guthrie, as a 'birther', has no recognized political representation in the society, is forced without his consent to live in fear of speaking out, and must give the fruits of his labor (taxes if he owed them) to a foreign governmental authority that is not Mr. Guthrie's native government, under threat of fines and imprisonment if he does not comply with the unlawful demands of King Obama's government.

121) The above fact, and facts stated in 120, show that Mr. Guthrie and other natural born Citizens of the United States are being deprived of their citizenship status, rights, Liberty and Freedom, and their Political rights to Justice and Equality, and are being treated like outcast pariahs, *without any due process of law as required under the various Amendments to the Constitution that guarantee that rights will not be taken without due process of law.* Due process of law does not mean that Mr. Guthrie can be demoted from natural born Citizen to political slave non-citizen by candidate Obama declaring his unlawful intention to run for Office. Nor can Mr. Guthrie be demoted by the State Secretaries of State deciding on their own authority to override the Titles of Nobility provisions in the Constitution to create a Monarchy and Noble political class among only the female U.S. citizens. Nor can Mr. Guthrie be demoted by Congress on their own authority, without

75

consent given to override the Titles of Nobility provisions and without power granted in the Constitution. The actions of the defendants declare Mr. Obama to be the first *privilege of positive law* President, in order to convey him and maintain him in the People's Office of President and fool people, hiding from them the truth that instead, he really is the first Royal American King and now you are King Obama's and his government's slave, just 'subjects' of the privileged Royal society of political supporters and worshipers of King/God Obama. Where is the due process of law occurring in these processes just described which justifies plaintiff's enslavement? Plaintiff Paul Guthrie has looked at his Constitution and the laws of the Country and can find no authority for this given anywhere, and he is certain that he has not committed or been accused and convicted of any crime. Even the worst felon prisoner in the United States has more rights than plaintiff Paul Guthrie. The only difference between them is the size of their prison boxes. At least the felon prisoner either is not a natural born Citizen and so does not care, or is unaware of his political condition, has not yet been branded a 'birther', and thus believes he has rights that in fact he does not have under King Obama and his government.

76

122) Although plaintiff Mr. Guthrie is a male descendant of early Scots settlers in the United States, his ancestry hails from Scotland and Danish Viking ancestry via his birth father, and Jewish inheritance from his birth mother.

123) Mr. Guthrie checked through his ancestry and is certain that no one on either side of his relatives, going far back in time, were ever involved in the establishment and maintenance of the American black slave trade. Indeed his own ancestry is one of Scots heritage and Jewish heritage, who themselves were always being enslaved by kings of England, or Egypt, or Europe, all throughout history, which is how and why plaintiff's ancestors fled to the United States in the first place to escape religious persecution and political enslavement. This is how plaintiff became a natural born U.S. Citizen, and is why he is here before the Court now.

124) Due to 123 above, it is safe to conclude that we have established that plaintiff Mr. Guthrie is not being punished for any crimes committed by his fleeing immigrant poor white U.S. State citizen ancestors against black males from Africa who were brought to the United Sates as slaves, by and for the benefit of the mostly wealthy white male descendants or business political allies of British Royalty.

77

125) Due to 124 above, which shows that Mr. Guthrie is not guilty of any crime by way of his ancestors, and due to the fact that plaintiff Mr. Guthrie has not been charged, tried, or convicted, of any crime himself today, or since before the selection of King Obama, which warrants punishment, Mr. Guthrie cannot find any reason why defendants Obama, Mr. Leahy, Mr. Boehner, Mr. Mueller, and the society at large, think that Mr. Guthrie, who is a natural born Citizen male who has committed no offense, is deserving of the punishment of involuntary servitude (slavery) for not committing any offense himself or via his ancestors, other than relying upon objective truth for his moral and ethical behavior (Atheism) to objectively determine for himself what his form of government is (Republic, not fascist religious monarchy dictatorship) and to objectively determine what rights under the Constitution he has, and to come to Court to claim them for himself, as is his right and his duty by statutory compulsion of the criminal code that applies to Guthrie. By what objective right do Mr. Obama, the three branches of government, and the society of King Obama's privileged popular supporters and followers have that gives them the lawful objective authority to deprive plaintiff Mr. Guthrie of this right just mentioned, and also to deprive him of his Political rights, Economic rights, Spiritual and Religious rights, Liberty and Freedom,

Justice and Equality rights by denying him the recognition and protection of his *natural born* status?

126) All points in this petition up to 125, taken together objectively prove conclusively (self-evident truth) that plaintiff Mr. Guthrie and others who are the aware natural born Citizens, have unlawfully had the benefits of their citizenship status of natural born Citizen identity stripped from them, and thereby they have lost every benefit that society and government provides to this political class of citizen. This has happened for no other reason but for the voluntary willful organized political gain of the States' Secretaries of State, Congress, and defendant Obama and his political society and citizen supporters, who have engaged in a naked and open act of unlawful aggression against plaintiff Mr. Guthrie which has overthrown his native Constitutional government and enslaved Guthrie and others of his native political society, and is also a naked act of aggression and power grab by those actors against the Constitutional government of the United States and the States, in order to alter its form of government and control it for a foreign power (males from Kenya, or some other foreign power, we are not sure) which is *High Treason against the United States of America by definition*.

127) Given that there has been a succession of Presidents starting with George Bush, Sr., and then continuing with President Clinton and Bush Jr., all calling for a

79

New World Order and One World Government, it would appear that those who could not have their way previously by finding the political support to Amend the Constitution to admit the political class of offspring of foreign fathers [see: Congressional records re: the numerous attempts to alter or amend the natural born Citizen provisions in recent history], have taken it upon themselves to establish a precedent that will create Titles of Nobility among the female U.S. citizen population to permit them to pass on an artificial sovereign political authority that will enable the offspring of foreign fathers and U.S. citizen mothers to become President and thereby create a monarchy, which is their One World Government and New World Order, because then any male citizen from any political society or from any country who is wealthy enough can just impregnate a U.S. citizen female, or come to the U.S. with his foreign wife who is pregnant to give birth to their offspring on U.S. soil territorial jurisdiction, birthing offspring who will be entitled to be President but also entitled to citizenship as a native citizen of another political society.  Next, the Congress can now just use these newly-acquired powers that are obtained by ignoring the Titles of Nobility provisions, and declare all offspring who are natives of other societies to be natural born citizens (positive law lower-case 'c' citizens) of the U.S. society who can be President, since that essentially is what has occurred for defendant Obama's benefit.  After awhile, all

other countries will have their population full of native foreign citizens born to be U.S. natural born citizens at birth (as a function of positive law definitions only) who can be President of the United States of Planet Earth by established precedent, and then you have your One World political state society and government that those before Obama have advocated for, and Mr. Obama and the courts have delivered by default and are establishing with precedent.

128)  The above points 1 through 127 taken together and including the definitions sections, indicate an unlawful enterprise being perpetrated by the defendants, designed to deny and prevent the Constitutional guarantees and protections that creates Mr. Guthrie to be a free natural born political member (citizen) of the society (from a State of the union) who is the offspring of a politically free person (State citizen father) and is entitled to political, economic, spiritual and religious freedom, and liberty and justice, under the Constitution of the United States and the State Constitutions, and not to be subject to the see-saw political condition of living under a monarchy and king if it is socially popular and under a sovereign Republic of natural sovereign People when he is lucky.  The above points 1 through 127 taken together and incorporated with the definitions sections, proves that plaintiff Mr. Guthrie and other so called 'birther' citizens like him who are members of his same political class of natural born U.S. Citizens, *have had their*

*political rights and identity in the society stripped by Mr. Obama and his*

*government (the three branches) without any due process of law,* and to heap insult

upon injury, the privileged society of King Obama call Mr. Guthrie a 'birther' to

justify their abuses heaped upon the plaintiff, Mr. Guthrie, and upon his rightful

Constitutional government, and upon those like him who are <u>objective thinkers</u> and

are <u>objectively aware of reality</u> which the law <u>requires and entitles and compels</u>.

**Subsection 8 (Count 8)**

**Ms. Magnus-Stinson's ruling and orders amount to a Hate Crime, Misprision of Felony, Misprision of Treason, and Conspiracy to Commit Treason, and is a total denial of the recognition of Plaintiff Guthrie's native status as a natural born Citizen who has been enslaved under Magnus-Stinson's foreign government.**

129) Plaintiff Guthrie filed his complaint Guthrie v. United States, the discovery

of the self-evident definition of natural born Citizen, on January 14th, 2013, in

Federal District Court, Indianapolis. His filing shows that the *natural born Citizen*

of Article II is defined by the operation of the Title of Nobility provisions of the

Constitution, which define natural born Citizen by *The Natural Law Theory of the*

*Father*. [See Definitions Section of original complaint.] This *Natural Law Theory*

*of the Father* is separate and opposed to the U.S. government's two theories on the

82

meaning of natural born Citizen, referred to herein as the *Positive Law Theory* and *Unity Theory*.

130)  In his petition, Guthrie warns the Court to not assign his case to an Obama appointee judge, as such an act will be an act of High Treason, and a Hate Crime against Guthrie, and also amount to a violation of Guthrie's rights of due process and equal protection under his lawful representative native government. [See original petition: point 125 pg.74, also Subsection 5 (Count 5), also Subsection 7 (Count 7).]

131)  Somehow and some time after Guthrie filed his original petition with the clerk of what he thought was the only remaining legitimate branch of government [minus Obama appointees of Kagan and Sotomayer to the U.S. Supreme Court], Plaintiff's complaint was somehow intercepted by or misdirected to Ms. Magnus-Stinson.  She is an appointee of a Defendant in this case and a lawless agent of the government of defendant King Obama, who is not a President or lawful representative of We the People, but instead is the first de facto American King, in violation of Article I, Section 9, Clause 8, and Article I, Section 10, Clause 1. [See Judge's orders and findings, 3 documents total, 2 orders and 1 entry of law identifying a federal judge who is an Obama appointee.]

132) As a result of 129 through 131 above, defendant Ms. Magnus-Stinson had, and has, no lawful authority as a de jure U.S. District Court judge to issue an order in Plaintiff Guthrie's case.

133) In defiance of Plaintiff's self-evident definition of natural born U.S. Citizen as a factual allegation, which directly exposed her de facto judicial status, Ms. Magnus-Stinson issued an order that dismissed Plaintiff Guthrie's complaint.

134) Said order is void because Ms. Magnus-Stinson has no de jure authority to issue judicial orders as an appointee of Mr. Obama who is not a natural born Citizen.

135) Said order is void because, prior to its issuance, Ms. Magnus-Stinson was required by 28 USC 455 and Canon 3A of the Code of Conduct of United States Judges to disqualify herself from the proceeding because of her appearance of impropriety. She was required to disqualify herself because her substantial income, her lifetime appointment to the federal bench, and her professional reputation "could be substantially affected by the outcome of the proceeding." [Reference Canon codes section 3A and appropriate subsections]

136) Said order is void also because Ms. Magnus-Stinson based her order on 28 USC 1915, which applies to prisoners, and not to Plaintiff Guthrie or his case. Such violation of the United States Code is an actual impropriety defined by Canon

84

3A subsections of the Code of Conduct of United States Judges, as opposed to an appearance of impropriety, and is the highest, most culpable ground for self-disqualification. Therefore, Ms. Magnus-Stinson has falsified both Mr. Guthrie's sworn complaint and misrepresented the law which gives the appearance of impropriety as it appears that Ms. Magnus-Stinson is attempting to shield herself and Obama from their fraud. [See Judge's entry and orders.]

137) Upon reading Guthrie's complaint, Ms. Magnus-Stinson was required by 18 USC § 4 Misprision of Felony and 18 USC § 2382 Misprision of Treason to immediately notify law enforcement that there is an imposter occupying the Office of the President who is not a natural born Citizen, which she failed to do.

138) Ms. Magnus-Stinson knew, should have known or had a duty to know that she was to disqualify herself in Plaintiff's case, which duty she ignored to the injury of Plaintiff Guthrie, who had to respond to her faulty, de facto and self-serving dismissal.

139) Ms. Magnus-Stinson knew, should have known or had a duty to know that she was not authorized to dispute the facts in Plaintiff Guthrie's complaint, particularly the fact that a natural born U.S. Citizen is defined by natural law to mean the offspring of a U.S. State citizen father, but she chose to overstep any rightful authority that she might remotely have had in the case to claim that

Guthrie's factual assertion about the self-evident meaning of natural born Citizen and the rights obtained from such status were "frivolous." In other words, she rendered a decision without any authority, and at best with authority that did not apply to Plaintiff or his case, and dismissed Plaintiff's complaint because she disagreed with his factual allegation about the meaning of natural born Citizen, which was not her role and outside her scope of authority.

140) These actions violated Plaintiff's rights to due process because Ms. Magnus-Stinson did not follow the law in any proper regard, including being appointed by Plaintiff's rightful native government.

141) These actions also amount to fraud because, despite being given the self-proven definition of natural born Citizen, or being presented with a dispute that adjudicates the rights of Plaintiff over the definition of natural born Citizen, Ms. Magnus-Stinson misrepresented to Plaintiff, to the Court and to the world that she knows what natural born Citizen means.

142) By misrepresenting the meaning of natural born Citizen by attaching her own subjective definition to it; by misrepresenting her knowledge of the meaning of natural born Citizen; and by misrepresenting her de facto authority as de jure authority, Ms. Magnus-Stinson violated Plaintiff Guthrie's rights to due process under false color of law and robbed Plaintiff Guthrie of his entitlement, as a natural

86

born U.S. Citizen, to have a fellow natural born U.S. Citizen as President of his native government, not a natural born citizen from another country.

143) As a result of Ms. Magnus-Stinson's de facto ruling, Guthrie has been receiving hate e-mails and is being ridiculed by the privileged political class of followers of King Obama, which by definition is a Hate Crime against Guthrie, that is very similar if not identical to the type of terrorist activity engaged in by the Ku Klux Clan. [See Subsection 5 (Count 5) in Guthrie's original petition.] In these e-mails, it can be seen that there is a section of the population that delights in heaping insults and enmity towards Plaintiff Guthrie and whose hate is being unlawfully incited by Ms. Magnus-Stinson's actions. The unlawful occupation of the Office of President by a defacto King, combined with the actions of a de facto judge who is an appointee of the de facto monarchy, incites the followers of King Obama to direct their hostility and self-indulgent amusement via insults directed at Guthrie, or at others like attorney Orly Taitz, for example, who has received multiple death threats for challenging Obama's legitimacy. This is an unlawful incitement against Guthrie which causes him emotional stress and trauma that Guthrie should not even be experiencing if the Judge and the President were legitimate.

144) As a natural born Citizen, Guthrie should not be made to suffer these criminal hate offenses. The hate is the result of and is fueled by the fraud being committed by the de facto Judge Ms. Magnus-Stinson and the by the defendant Obama's conspiracy, for their own benefit and unlawful political privileges, to deprive Guthrie of the recognition of his natural born Citizen status. Guthrie notes that because of the de facto Obama Kingship, Ms. Magnus-Stinson is one of the new class of Royal females noted in Plaintiff's complaint who can now create both Kings and Presidents, and that now Guthrie has been subordinated to a commoner male. In addition to Ms. Magnus-Stinson's vested financial interests in dismissing Guthrie's case, she has a vested interest as a female to discriminate against males and defend her new Royal political class of female U.S. citizens who can give birth to offspring of foreign males – offspring who can become a self-proclaimed or Congress-proclaimed or State Secretary-proclaimed defacto King via fraud or constitutional neglect, who get to play-act at being President and get to establish that we are a monarchy and religious government, in violation not only of the First Amendment but of Plaintiff's superior rights as a natural born Citizen, over those rights of naturalized citizens, to have a President who is also native born. Plaintiff wants the same right as now Ms. Magnus-Stinson arrogantly claims in her ruling, i.e. to be able to create an offspring who is both a King and a President, which is

prohibited by natural born Citizen Clause of the Constitution as read in context of the Title of Nobility prohibitions and of the First Amendment.

145) De facto Judge Ms. Magnus-Stinson has a duty, an obligation, and a responsibility to recognize Guthrie's status before the court. Law cannot even be applied and Justice secured, without first determining the status of the parties that are before the Court. Guthrie pleaded, and pleads, his status as <u>natural born Citizen slave</u> who has been wrongly enslaved in his native political country by an unlawful de facto foreign political invasion.

146) By her actions, de facto Judge Ms. Magnus-Stinson proves Mr. Guthrie's case and indicts herself, committing the very injury that Guthrie complains about in his original Complaint in Subsection 5 (Count 5).

147) Ms. Magnus-Stinson's unlawful ruling, dated January 18, 2013, based on her neglect to disqualify herself from this case, as well as her wrongful application of 28 USC 1915 to this case, has caused Plaintiff unnecessary work, emotional stress and time and energy to report Mr. Obama's unlawful treason to the Federal Bureau of Investigation based on the *Natural Law Theory of the Father*-definition of natural born Citizen, the latter of which was her duty under Title 18 codes.

148) The above points inclusive in Subsection 8 (Count 8) prove the case put forth by Guthrie in his original petition that his status as a natural born Citizen, and his

rights there under, go unrecognized and are trampled by a foreign de facto

monarchal government, the foot soldier of which is Ms. Magnus-Stinson.  She tried

to shanghai Plaintiff's case by adjudicating his complaint's allegations, based on

her false premise that Guthrie was a prisoner for purposes of 28 USC 1915, before

she might disqualify herself from this case and before service of process would

reach the Defendants who were responsible for her lucrative job.


**Subsection 9**

**Standing**

149)  The Constitution and codes of the United States provide authority to hear this

case in Article III, Section 2, and under other Titles, by granting authority to the

courts to hear all matters regarding one of the natural born Citizens of the United

States against a State, or against the United States, or both, regarding *Law* and

*Equity* issues that arise under the Constitution of the United States or under State

constitutions, which also includes issues that arise due to offenses against the Law

of Nature or Natural Law which is the subject matter before the court, as this case

concerns injuries that arise under all three jurisdictions, Law, Equity, and Natural

Law, under both Federal and State constitutions.  In most cases the immunity of

government would shield the defendants but in this instance the defendants have

90

no lawful authority to claim their offices and are committing fraud and conspiracy to conceal that fact so plaintiff Guthrie fails to see how the defendants can be immune from suit.

150) This case in controversy is unique in the History of the United States which makes it a *case of first impression*, since never before has it happened and been discovered, during tenure of the Office in the History of the United States, that someone has become President who was not born to a U.S. citizen, State citizen father. And also because for the first time in 222 years we have a chance to establish an objective definition and meaning to our Constitution and case laws via the <u>discovered objective definition</u> of natural born Citizen.

151) Due to 1 through 148 above including the Definitions sections, plaintiff's injury to his political rights is concrete and specific, a particular and not a general grievance, nor a general grievance or complaint that affects everyone equally. The above points 1 through 148 prove that the injuries that are occurring are varied and widespread due to the nature of the fraud involved, but affect different groups of people of different political classes of citizens differently. For example, males and females are now members of two different political classes, Nobility females and commoner males, who each are unequal politically, as one (the male natural born Citizen who is now a **minority**) is bound to the political barriers of the country's

91

borders by his citizenship, and the female citizen and other naturalized foreigners (who are the **majority**) are not politically bound by the country's borders. Nor is the Atheist protected from the followers of kings who believe in the *subjective arbitrary rule of man and God* and not in the objective rule of law. Nor is there protection for the politically aware who knows he has an injury, versus the politically unaware who is clueless that he is enslaved, nor is there protection of the Jewish person or Christian person who must now worship other gods before their God. Nor is there protection of the political rights of the natural born Citizens versus the political rights of the naturalized citizens. There are now all kinds of *subset groups* that are each pitted against the other, and being affected all in different ways and all in one similar way (enslavement) --which is not a justification for the government to deny standing by claiming that everyone is *enslaved equally* and thus the complaint is a general grievance that affects everyone equally and thus lacks standing. That is not true because Mr. Obama and the Congress and Obama's privileged class of followers and supporters are not enslaved U.S. citizens because they are not 'birthers'. Therefore the injuries declared as facts in this petition are not affecting everyone or every citizen equally. 152) The case must be granted standing and taken up because now that defendant Obama has been selected to another and final term (we may only hope, seeing as

the Constitution does not seem to apply to him), if he is not discovered and removed and punished for his actions before his term expires, then a *precedent* will have been established that will cause the plaintiff and other 'birthers' like him to lose the recognition and protection of their political rights **forever**, rights that are meant to be secured by the Constitution.  The future natural born Citizens will forever be politically subject to the see-saw political condition of being a slave under a king and monarchal-religion when it is deemed by society to be popular, and under a sovereign Republic of sovereign citizens when the plaintiff(s) are lucky and get rule by the law of the Constitution when the society decides to be benevolent and obey the rules.

153)  For the reasons and authorities stated in 149 through 152, and for the clear and obvious stated injuries related in 62 through 128 and incorporating the Definitions sections, the Court has standing to hear and judge the case on its merits of facts and law that are stated, and issue the relief that is sought by the Plaintiff(s) in this case, as the likelihood of the plaintiff(s) to prevail on the merits of facts and law as stated, is *overwhelming*.

# REMEDY SECTION

154) A declaratory judgment is needed in order to establish the rights of the plaintiff and defendants. The discovery that the Title of Nobility Clauses of the Constitution operate upon the offspring of U.S. citizen female mothers in order to prevent the offspring of U.S. citizen mothers and foreign fathers from being defined as natural born Citizens that can be President means that defendant Obama must be declared to not be eligible to be President since he is not a natural born Citizen of the United States, as he was born to a foreign father who was never a United States citizen of a State of the Union. Guthrie reasons that neither is defendant Biden qualified, as he was appointed by Obama who had no right to appoint and form a presidential election ticket with Biden if Obama was not qualified to be President, so Biden would not even be the acting Vice President if it were not for the fraud of the defendant Obama. *Jus et fraudem numquam cohabitant*, goes a legal maxim. Right and fraud never go together. *Jus ex injuria non oritur*, reads another. A right cannot arise from a wrong.

155) Incorporating all the facts stated in this petition, and as a result of 154 above, by the Presidential Survivability Act of 1947, the current Speaker of the House of Representatives John Boehner is the lawful President. A notice must issue to the Speaker of the House of Representatives John Boehner informing him that there is

94

an incapacity that exists that prevents both defendant Obama and Biden from serving in their official capacities, due to the Congress failing to properly do their job under the Twentieth Amendment, as they failed to discover that Obama is not a natural born Citizen. The defendants Mr. Leahy, Mr. Boehner, and Mr. Mueller must be ordered to take notice of the <u>objective definition</u> of natural born Citizen, so that John Boehner can take the Office of President and then trigger the Twenty-Fifth Amendment to appoint a Vice President. This will then permit Congress to step in under the Twenty-Fifth Amendment and deal with the injuries and damages which they will have created for themselves within the Congress.

156) An order and restraint must be issued to the defendants informing them, and to inform all Obama appointees, which will cause them to take judicial notice of the objective definition of natural born Citizen. Once they realize the definition, then they will realize that their warrants to their claims to office are defective and they must step down until Congress can review them and decide whether or not to re-appoint and re-confirm them in their offices.

157) A judgment needs to issue declaring that all Acts, laws, rules, regulations, executive orders, etc., passed under the authority of the defendant Obama and Congress etc., since Obama's inauguration in 2009, are null and void.

158)  Plaintiff Guthrie fears for his safety, name, and reputation, by coming forward to file this complaint which reveals the truth of his discovery of the objective definition and meaning of natural born Citizen.  The remedy outlined above in 154 through 157 is an <u>emergency</u> and is <u>necessary</u> in order to secure from the time of filing this case plaintiff Guthrie's name and reputation, and physical safety, from those who have much to lose if the truth comes out, who would seek to libel Guthrie, or seek violent revenge upon him or his family.  If the above outlined remedy is forthcoming, then any damages could be limited and be under the Court's jurisdiction to contain.  Failure to provide the remedy prayed for in a timely fashion will create damages for Guthrie that neither he nor the country may ever be able to recover from.  Guthrie prays that the court would take note of the objective fact that Guthrie has established the definition of natural born Citizen and as a result he needs the assistance of the court to guide Guthrie in how to word a motion and order which will set off the correct chain of events that will cause the correct responsible actors to correct the ship of state and rescue Guthrie and all the natural born Citizens from their plight.

159) Guthrie prays the court will award Guthrie his actual damages in the amount of 10,000 dollars due to the loss of income over the 4 years that Guthrie has been so emotionally distressed that he has not been able to effectively make his jewelry

or effectively interact with his customers and make sales, plus expenses pertaining

to this suit. Guthrie also is seeking compensatory damages of 50 million dollars

for the terror and extreme emotional stress and loss of Freedom and quality of life

over the last four years that is still ongoing and now growing worse due to the

actions of the defendants, and asks the court to consider a punitive damage award

for the egregious nature of the offences being committed against natural born

Citizens and Mr. Guthrie.

### Supplemental Injuries caused by Ms. Magnus-Stinson's actions

### Injury Count 1 (Guthrie is guilty of Heresy against the United States)

**Magnus-Stinson punishes Guthrie for stepping forward with the truth by
branding him a heretic who lives among a privileged class of U.S. citizens who
do not accept Nature and Her laws or the rules of science and reason to define
reality and positive law definitions of legal terms such as natural born Citizen.**

160) De facto Judge Magnus-Stinson does not accept the material facts of

Guthrie's case which describe the Natural reality and natural fact that Obama is not

a lawful President due to the discovered objective natural definition of natural born

Citizen that is defined as the offspring of a U.S. State citizen father.

161) Magnus-Stinson cannot accept Nature and Her laws and the reality that those

laws create, because if she does she might lose her lucrative job.

162) She fraudulently misrepresented Guthrie's case to be one of a civilian suing a sitting President, in order to dismiss Guthrie's case before it is was even served upon the defendants, a right she might only have pursuant to 28 USC 1915 if Guthrie was an incarcerated prisoner and Obama was a legitimate President. Her ruling and actions seek to define natural born Citizen, which is not within her power or right to do.

163) Her ruling attempts to nullify the Laws of Nature, which is not a power or right that is granted by the Constitution to lawful Judges.

164) Her ruling overturns the definition that is already in the Constitution.

165) Magnus-Stinson believes that she can define natural born Citizen by her will, according to the place of birth of the offspring in Hawaii, or as being the offspring of a U.S. citizen mother and foreign non-U.S. citizen father, or by some combination of factors.

166) In essence, Magnus-Stinson takes it upon herself to redefine legal terms such that *naturalized citizen* is now synonymous with *natural born Citizen*, obliterating any distinction between these two classes of citizens. Guthrie wonders if Magnus-Stinson is herself a naturalized citizen.

98

167) If naturalized and natural born are the same as Magnus-Stinson believes and rules, then why didn't the Founders just say that anyone who is a U.S. citizen can be President?

168) If the intent of the Founders were to leave the definition of natural born Citizen up to future judges like Magnus-Stinson to define with their judgments and rulings, then how in the world did those who wrote natural born Citizen into the Constitution even know what it was that they were writing?  One must first have a definition for natural born Citizen in order that what one is writing can even make any sense or be comprehensible as one is writing it.

169) As a result of 168 above, we can see that de facto Judge Magnus-Stinson does not know how the Constitution defines natural born Citizen by *The Natural Law Theory of the Father*, and does not want to know as she ignored Guthrie's pleadings that show this definition.  She seeks to define it according to her subjective will instead of taking recognition of the material facts of Nature as presented by Guthrie in his complaint, which show how natural born Citizen is already defined.

170) Without taking recognition of the pre-existing objective natural fact definition of natural born Citizen, it is physically impossible for de facto Judge Magnus-Stinson, or any judge, to apply any Law to determine whether or not a

99

case is frivolous or malicious, as one first must have legal terms properly defined in order to determine the merits of law. This fact alone renders Magnus Stinson's rulings to be void, because it shows that Magnus-Stinson is just making things up as she goes along, making up definitions that suit her financial and reputation self-interests, which causes Guthrie to not have his natural born Citizenship status recognized, just as he complained about in his original petition.

171) If the right to be President is just a legal right that can be created by judge's rulings and opinions and handed out by one of the three branches, or by all of them working in unison, then anyone who is a citizen, no matter how or when they obtain their U.S. citizenship, would be entitled to be President. One may not create the Office of President to be a legal privilege of citizenship as Magnus-Stinson has done, and then not extend that privilege to all citizens who obtain their citizenship as a legal privilege.

172) No judge has the right to define natural born Citizen, because it is already fully-defined in the Constitution by Intent and Political Context, via operation of the Title of Nobility provisions and by operation of the First Amendment prohibition against the Church and State combining into one.

173) Guthrie has University degrees in Applied Physics and Mathematics. *The Natural Law Theory of the Father* is a scientific Theory arrived at by the use of

100

scientific methodology using observations of Nature, logic and reason, in order to formulate a scientific theory that fully describes natural reality by the absence of any contradictory evidence. Magnus-Stinson's ruling does not establish or rise to contradictory evidence that disproves *The Natural Law Theory of the Father*.

174) Even if Magnus-Stinson were a lawful judge, her rulings cannot alter the facts of Natural reality that natural born Citizen is already defined according to *The Natural Law Theory of the Father*. Magnus Stinson's actions are like the government's actions against Galileo Galilee, the famous Italian physicist and astronomer mathematician, who discovered the fact of Nature that the Sun is the center of the solar system. When he reported this fact to the public, he was branded a heretic by the government. The government used their positive law powers and authority to define Nature according to their own will, such that they decreed that the Earth was the center of the solar system, not the Sun. Those who said otherwise were branded heretics by the positive law authority of the government. This is exactly the nature of injury that de facto Judge Magnus-Stinson commits against Guthrie. By her illegitimate rulings and determinations she unlawfully punishes Guthrie by essentially branding him a heretic in his society for stepping forward with his discovery of the truth of how the Laws of

101

Nature and the Constitution define natural born Citizen by *The Natural Law Theory of the Father* and for defending his natural rights.

**Injury Count 2 (slaves cannot sue a sitting non-President)**

**By her rulings and judgments, de facto Judge Magnus-Stinson creates a new class of slaves out of formerly-free natural born Citizens, who, according to Magnus-Stinson, have no right to obtain their political freedom and political liberty by seeking the removal of a sitting non-President through the courts. This violation of due process subjects the natural born Citizen to terrorism by the three branches of government.**

175) The entire purpose of the Declaration of Independence, the War of 1776 and the establishment of the Constitution was to eliminate involuntary servitude to unelected monarchal forms of government, which by definition subjects one to *Tyranny*, which prevents the natural person from the pursuit of Happiness, a natural right meant to be guaranteed and protected in the Constitution by the definition of natural born Citizen as the offspring of a U.S. State citizen father.

176) Only the objective discovered definition of natural born Citizen can prevent a U.S. citizen from being subject to unlawful *Tyranny*.

177) If one is relegated to the status of a slave subject to unlawful Tyranny, then one is deprived of being happy, because a slave who knows that he is an unlawful slave being unlawfully subject to Tyranny cannot be happy about his political

condition. This is not a conducive environment to foster emotional well-being and feelings of Happiness.

178) Guthrie has known that he has been relegated to the status of slave and has been subject to unlawful Tyranny for over 4 years now, and he does not intend to suffer Tyranny and be unhappy for another 4 years just so people like Magnus-Stinson or Obama can obtain unwarranted political privileges and line their pockets with unlawfully obtained income due to the fraud that they are committing, such fraud grants to them unwarranted political privileges and unwarranted financial benefits that they are not lawfully entitled to.

179) Mr. Guthrie has dozens of witnesses and several close friends and family members who can testify that Guthrie has been extremely unhappy for 4 years due to his awareness that he has been enslaved under an unlawful government that is subjecting him to Tyranny. The Tyranny that Guthrie and other natural born Citizens are experiencing is caused by the three branches of government who refuse the recognition, use, and enjoyment of political Liberty, a natural right that is declared in the Declaration of Independence which can only be secured for Guthrie and other natural born Citizens by the recognition and enforcement of the objective definition of natural born Citizen.

180)  If the Founding Fathers who where enslaved under the unlawful Tyranny of an unelected king in 1776 had a natural right to defend their political Liberty and secure their Freedom in order to pursue Happiness, then Guthrie fails to comprehend how there can exist any right or authority under U.S. law for a de facto Judge, or any Judge, to declare that a natural born Citizen is a naturalized citizen incarcerated prisoner who may not sue a sitting non-President in order to obtain recognition of his citizenship status which is  necessary and essential in order to obtain his Freedom from unlawful Tyranny.  Such a right of the three branches does not exist in U.S. law and is expressly forbidden by the Constitution.

181)  Therefore, by the facts of this Injury Count 2 section above, Guthrie or any male natural born Citizen or naturalized citizen has standing to sue a sitting non-President in order to obtain their freedom from being subject to unlawful Tyranny so that they may be happy.  This is a right guaranteed by the Article II definition of natural born Citizen and by the Constitution itself which seeks to establish and protect political freedom and political liberty for the people.  Therefore, Magnus-Stinson has no right to ignore the facts of Guthrie's case.  The fact of him proving his status as a natural born Citizen who is being subject to unlawful Tyranny and the fact of him seeking the removal of a sitting non-President to relieve him of this burden.

182)  As Guthrie has pleaded, he is Jewish by inheritance from his Jewish mother. Was a Jewish person who lived under Hitler in the 1930's and 40's and was being subjected to unlawful Tyranny of fascism a happy person?  Not likely.

183)  In modern terms, the government that is established by Magnus-Stinson's unlawful maintenance of herself and Obama in Office can be accurately described as a fascist dictatorship.  Technically, in historic terms of our Constitution, the form of government is that of a monarchy.

184)  As a Jewish person, Guthrie cannot be happy, and has not been happy, living under the forms of government described in 183 above. In fact, Guthrie has been, and is being, terrorized by people like Magnus-Stinson and Obama because they refuse to free him from being subject to their unlawful dictatorship to which they have no right to subject Guthrie or any other citizen.

**Injury Count 3 (natural born Citizen slaves are not entitled to equal protection of the laws or freedom from gender bias or naturalized citizenship bias.)**

**By her actions, de facto Judge Magnus-Stinson establishes the government's precedent to discriminate against natural born Citizens based upon the sex of the citizen and based upon his protected political class of being non-naturalized at birth.**

185)  As Guthrie pleaded in his original petition, only male citizens have the natural ability and legal right under the laws of the United States to pass on natural

born Citizen status to their offspring by their own authority. Female citizens do not posses this natural right in any country that is not a monarchy, and U.S. citizen females must submit to a male U.S. citizen authority in order to secure the right to create natural born Citizens of the United States, given that females are not hermaphrodites. (See the Definitions Section in the original petition or in the First Amended Complaint, particularly the *Summary of the Definitions*.)

186)  As pleaded in Subsection 1 (Count 1) Equal Protection, male and female U.S. citizens are only politically equal as a result of the discovered objective definition of natural born Citizen as being the offspring of a U.S. State citizen father.

187)  Magnus-Stinson is a female.  By her ruling she proves the government's intent is to discriminate against males, which is a bias based upon gender, in order to unlawfully obtain political rights for females by taking away rights from males, thus giving females more political rights than males.

188)  By her ruling and judgment, Magnus-Stinson maintains U.S. citizen females to be the ones who define the political boundaries of the country, instead of the male citizen.  This makes U.S. citizen females to be like Queens or a Royal political society who can produce offspring with foreign males, offspring who can then become the head of the political state of potentially two different countries.

106

189)  By her ruling and judgment, Magnus-Stinson permits the U.S. citizen female to be able to create natural born citizens of two countries simultaneously at the time of birth of the offspring.  By her ruling, which equates naturalized with natural born, any child born to a U.S. citizen mother and foreign father is now declared to be a natural born citizen of a foreign country via the foreign father, and also a natural born Citizen of the U.S.

190)  The Title of Nobility provisions force U.S citizen males and their offspring to be under only natural political laws that define the political boundaries of the country as based upon the territorial jurisdiction of the United States.  As a result, male U.S. citizens can only create offspring who will have only one natural born citizenship status at the time of birth (U.S.).  Only sex between men and women can create natural born citizens or natural born Citizens.  For example, under natural law, homosexual practices cannot produce natural born Citizens or natural born citizens of foreign countries.

191)  Guthrie does not know if Magnus-Stinson is a naturalized citizen, but naturalized citizens are not supposed to have all of the same political rights as natural born Citizens.  They are not allowed to be President because the Title of Nobility provisions prohibit *naturalized citizens* from being declared to be *natural born Citizens*.

192) The substantive right that is the same for both naturalized citizens and natural born Citizens is that, if they are males, either can create natural born Citizens of the U.S. regardless of what female they have sex with and regardless of the citizenship status of the mother or the place of birth of the offspring. The only substantive right between naturalized citizen and natural born Citizen that is not the same is that only natural born Citizens of the U.S. may be President.

193) By her actions, de facto Judge Magnus-Stinson declares the government's intent to discriminate against male natural born Citizens in order to create and provide unlawful political rights for females and naturalized citizens. This is accomplished by taking the exclusive constitutionally-protected political rights away from the male natural born Citizens and giving those rights to both male and female naturalized citizens. Magnus-Stinson exceeds her authority with her judgment and rulings because, even though she is not a lawful judge, it is not the job of any judge in the Judicial branch to act as a member of the Legislative branch, who are the only ones who may create and provide such political rights and only via a Constitutional Amendment.

194) By the facts stated above in this Supplemental Injury Section Count 3, it is clear that the three branches of the government and Magnus-Stinson are engaged in depriving male natural born Citizens of the Equal Protection and equal application

108

of the laws and the Constitution, and that they intend to unlawfully discriminate and be biased against natural born Citizen males, in favor of females and naturalized citizens when rendering judgments and orders.

### Additional remedies needed due to de facto Judge Magnus-Stinson's actions

195) Regardless of whether or not de facto Judge Magnus-Stinson believes she is a lawful judge or not, or whether of not she is a lawful judge, Ms. Magnus-Stinson has a duty and responsibility that is within her power as long as she is a de facto Judge, to fix what she has done.

196) De facto Judge Magnus-Stinson must rescind her orders and entry of findings and set Guthrie back to square one, as nothing she has done so far is valid or lawfully-based.

197) De facto Judge Magnus-Stinson must recuse herself from this case since she is not even a valid judge, being that she is appointed by Obama, and so Ms. Magnus Stinson has a vested financial interest to deny due process to Guthrie in order that Guthrie's case does not obtain the reputation of legitimacy that standing would grant in the minds of the public. Defendant Magnus-Stinson must dismiss and deny Guthrie due process so that there will be no recognition in the public that Guthrie's discovery is a source of authority, although the facts speak for themselves

109

and cannot be changed by dismissing the case and denying due process to Guthrie. The dismissal and the mischaracterization of the material facts that were presented by Guthrie, gives the illusion of legitimacy which maintains Obama and Judge Magnus-Stinson in their offices.  Ms. Magnus-Stinson is in obvious multiple conflicts of interest and is appearing to commit gross criminal judicial misconduct.

198)  Now that Guthrie has been able to identify de facto Judge Magnus-Stinson as a defendant due to what appears to be irresponsible actions, she is now added to this suit and now must dismiss herself from this case according to the rules, as she is now in a second conflict of interest as she cannot hear a case where she herself is a defendant.

199)  Guthrie now insists that de facto Judge Magnus-Stinson vacate her earlier judgments, findings, and orders.

200)  Guthrie insists that de facto Judge Magnus-Stinson remove herself from this case.

201)  By her actions, de facto Judge Ms. Magnus-Stinson is leaving the impression in the minds of the public, due to her illusion of authority as a supposed judge, that Guthrie is an ignorant fool imbecile and crazy person layman, which severely hampers Guthrie's ability to establish the truth of his discovery and establish his name and reputation and place in history, which is depriving Guthrie of his

purpose in life which is essential to him in order that Guthrie may secure his pursuit of his natural right to Happiness.  Guthrie insists that de facto Judge Magnus-Stinson contacts a credible news organization and provides a public statement to the press, with a copy given to Mr. Guthrie, that Mr. Guthrie is not wrong.  She must state that Guthrie has indeed discovered the objective definition of *natural born Citizen* and that her dismissal of the case in no way implies that the material facts of Nature that have been objectively discovered and described by Guthrie and provided to the Court are wrong, but do actually define natural born Citizen as the offspring created by a U.S. State citizen father.  This is not a judicial determination or admission, because the definition of *natural born Citizen* is not up to a court, nor judges, nor kings to define because the definition is just a natural fact of Nature, and Guthrie has never asked a court to define *natural born Citizen*.  Guthrie has already shown the world what the objective pre-existing definition is, and it was not invented by Guthrie, nor is it subject to being altered or defined by the judicial branch of government and especially not by unlawful judges who are nothing more than ordinary civilians.  The illusion in the minds of the public which the dismissal creates now causes the hatred and enmity of the ignorant masses of King Obama followers and supporters to be directed towards Guthrie.  This is unlawful incitement against Guthrie.  The injury of unlawful incitement and the

111

injury damage to Guthrie's name and reputation or his ability to establish them, can be prevented by a simple public statement of the truth being provided to the press, which de facto Judge Magnus-Stinson is obligated and has a duty to provide now since she is just a civilian who has caused Guthrie an injury.

202)  Due to the facts stated in the Supplemental Injuries Section, Injury Count 3, Guthrie now demands a male Judge be assigned to his case who is not a naturalized citizen in order that there will be no unlawful discrimination based upon Guthrie's sex as a male, or any discrimination based upon equating naturalized citizen with natural born Citizen.  Another male natural born Citizen should better be able to recognize Guthrie's political rights under the Constitution, and that they are distinct and recognized by the Constitution as being a superior legal right protection of natural political rights that only male U.S. State citizens have, and a superior legal political right to those of naturalized U.S. citizens.

203)  The remedy outlined above would cure the injuries Guthrie has been forced to suffer, and would release de facto Judge Magnus-Stinson from this suit, allowing Guthrie to properly move forward and obtain a valid judgment and ruling from a valid non-Obama appointee judge, then Guthrie could claim to have obtained lawful due process.

## Supplemental Injuries Caused By Agents of the FBI

204) Prior to filing this case [1:13 -CV- 0234 SEB - DKL], plaintiff Guthrie had

filed his case and was assigned a non de jure Judge who was an Obama appointee.

[See *Guthrie v, United States*, Civil Action Number 1: 13 -CV- 0080 JMS - DKL,

see also Supplemental Injuries caused by Ms. Magnus-Stinson's actions, listed in

this case above.]

205) Ms. Jane Magnus-Stinson gave her final ruling and closed Guthrie's case on

01/30/2013. Approximately a week or 10 days before this date, Guthrie had called

the FBI to report what he believed to be criminal actions on the part of Jane

Magnus-Stinson due to her earlier rulings, and to report his discovery and finding

that Obama is not a natural born Citizen as defined by the Constitution of the

United States. Guthrie was told on the phone that the information would be passed

on to an agent and that someone would probably get back to Guthrie.

206) No one ever called Mr. Guthrie back. Therefore, on Monday February 4th,

2013, Guthrie and a witness met with officials from the Department of Justice in

their office in Indianapolis. Guthrie informed the DOJ officials that he had

discovered the true meaning and definition of Artifice II natural born Citizen,

explained his discovery and proof, and directed the DOJ officials to read *Guthrie v.*

*United States* so that they would become aware that Obama is not a lawful

113

President and that crimes are being committed. The DOJ officials explained to

Guthrie that the DOJ is not an investigative agency and that they rely upon the FBI

for their information. Guthrie related to the DOJ officials that he had already tried

to inform the FBI but did not get anywhere with his attempt. The DOJ officials

then instructed Guthrie to call a different phone number to a local FBI field office

where one could just walk in and meet with an FBI agent in person without an

appointment, and for Guthrie to give his information to the duty agent.

207)  On Tuesday February 5th, 2013, Guthrie and a witness arrived at the local

FBI field office in Indianapolis, Indiana [8825 Nelson B Klein Parkway,

Indianapolis, Indiana 6250], at approximately 11:30 AM and met with an FBI duty

agent at approximately 12:00 Noon, who said his name was Wade Sweeney.

Guthrie and his witness proceeded to explain the discovery and definition of

Article II natural born Citizen to agent Sweeney. Guthrie and his witness spoke

with agent Sweeney for approximately 40 minutes. Agent Sweeney was taking

notes on a note pad, and seemed to understand and take the matter seriously.

Agent Sweeney then said that he needed to do his homework first and read *Guthrie*

*v. United States* before he could approach his superiors for a criminal investigation.

Guthrie related to agent Sweeney that he understood and that he did not want agent

Sweeney to look like a fool when he went to his superiors thus agent Sweeney

114

needed to understand what a natural born Citizen was just like Guthrie understands and can explain. Guthrie related to agent Sweeney the importance of judges and FBI persons being able to cloak themselves in the mantle of protection of the Constitution and laws before they can challenge a sitting non-President and that this cannot happen unless and until the judges and FBI agents know for themselves what a natural born Citizen is and how it is defined in U.S. law. Guthrie and agent Sweeney agreed to give agent Sweeney until the end of the day on Thursday and if Guthrie did not hear back from agent Sweeney by then, Guthrie would contact agent Sweeney to check up on his education and progress with comprehending the definition of natural born Citizen.

208) Because Guthrie did not hear back from agent Sweeney by the agreed time, on Friday February 8, 2013, Guthrie called agent Sweeney back, and to his surprise learned that agent Sweeney had already discussed the matter with his superiors. Agent Sweeney told Guthrie that his superiors did not consider the matter to be a priority, or was a low priority for the FBI. Guthrie then tried to obtain the name and identity of the superior who told agent Sweeney that this matter was a low priority. Agent Sweeney refused to disclose the identity of the superior who supposedly made this assessment that the removal of a criminal usurper in the White House was 'a low priority' for the FBI. Guthrie then accused agent Sweeney

of being engaged in a conspiracy and in aiding and abetting Obama's unlawful

maintenance in Office by refusing to disclose the identity of the agent who made

this assessment. Agent Sweeney had nothing to say and was silent. Guthrie

became very fearful at this point, believing that the FBI would try to silence

plaintiff Guthrie by murder or some other method. Guthrie exclaimed to agent

Sweeney that the FBI is planning to kill Guthrie and Sweeney still remained silent.

Guthrie listened for a bit longer to see if agent Sweeney would respond or try to

reassure Guthrie that that was not the case, but no reassurance was forthcoming, so

Guthrie, feeling terrorized and in fear for his life, could do nothing but hang up on

agent Sweeney.

209) The director of the FBI, defendant Mueller, has an absolute duty under

Article I, Section 9, Clause 8; under Article II, Section 1, Clause 5; and under

numerous Title 18 sections and codes, to uphold and defend the Constitution and

criminal codes of the United States by enforcing them, which is his job. Of course,

the arrest and removal of Obama is not a 'priority' for the FBI, because it will

expose the fact that defendant Director Mueller, by his inaction or ignorance, or by

design, is one of the government agents who is ultimately responsible for the

overthrow of the U.S. Constitution and form of government, and is ultimately one

who can be held responsible for the arrest and removal of Obama.

116

210) By their response, it is clear that the FBI or the agents of the FBI are refusing to do their job in order to provide political cover for their boss director Mueller, and/or for themselves. It is clear that the FBI and agents of the FBI are going to put their own personal interests ahead of enforcing the Constitution and criminal codes, thus preventing Guthrie and other U.S. citizens from securing the rights of U.S. citizens and their freedom from political tyranny and unlawful enslavement. It is clear from their and agent Sweeney's actions that the FBI has become politicized to the extent of High Treason against the American People and are engaged in an organized campaign of terror against Jewish and non-Jewish U.S. citizens by unlawfully subjecting them to fascist dictatorship and unlawful tyranny and slavery, taking it upon themselves to determine if or when Guthrie or some other citizen will receive the benefit of the Constitution and enforcement of the criminal codes.

211) When the German Jewish citizens tried to report the crimes of Kristallnacht or other crimes under Hitler during the 1930's to the German police, they were met with the same type of political non-enforcement lack of response that Guthrie is now getting from the FBI. This failure to enforce the criminal codes and Constitution in the face of open criminal activity has the same effect upon Guthrie and other U.S. citizens as the German police's failure to enforce the criminal laws

117

in Germany in the 1930's. That effect is to create a climate of fear and to deny the freedom and rights of citizenship, thus stripping the citizen of the benefits of citizenship and thereby facilitating and maintaining an unlawful dictator in power that rules over the people and enslaves them through fear. This is what the FBI, Obama, and the other named defendants are doing to Guthrie and other U.S. citizens. This is a criminal conspiracy by the FBI and the other named defendants to deprive Guthrie and other U.S. citizens of their rights; and also a criminal conspiracy to maintain an usurper in the White House, which is a violation of numerous criminal codes under Title 18; which maintains ongoing violations of Article I, Section 9, Clause 8; of Article II, Section 1, Clause 5; and of the First Amendment. This is particularly egregious for those of us who are Jewish, since Jewish people have a history of enslavement under fascist dictatorship, and now the FBI and the named defendants seem to be repeating history and subjecting U.S. citizens to the same terror. This is causing Guthrie, who is Jewish by his mother, to be constantly living in fear of his government and police in a similar way that a Jewish person in Germany in the 1930's under Hitler would have felt.

118

**Additional Remedies Needed Due To the Actions or Inactions of the FBI**

212) Because the FBI has determined to not do its duty to enforce the Constitution and criminal codes and to move to arrest and remove Obama, it is incumbent upon the Court to now issue an arrest warrant for Mr. Obama and a Court Order upon defendant Mueller ordering him and the FBI to arrest Obama and remove him from the Office of President and prevent Obama from exercising the duties of that Office, so that Guthrie and other U.S. citizens will not be living in fear, terrorized by the FBI and other branches and departments of the government who refuse to enforce the Constitution and criminal codes, for their own political gain or financial benefit.

Wherefore, Plaintiff Paul Guthrie, acting on his own behalf under his duty obliged as a natural born Citizen and moral member of society, respectfully prays for judgment in his favor against the defendants named and for all other just and proper relief.

# JURY DEMAND

Plaintiff Paul Guthrie demands a jury trial in the above captioned matter.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

Paul A. Guthrie

7797 South Carefree Drive
Pendleton, IN 46064

Phone: (317) 485 - 4229
Fax: none
E-mail: jedipauly@gmail.com

120