# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
FEB 26 PM 12:07
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| Paul A. Guthrie, in propria persona; ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Civil Action No. |
| ) | |
| United States of America; ) | **1:13 -CV- 0234 SEB -DKL** |
| ) | |
| de facto King Barrack Hussein ) | |
| Obama II, the alleged President ) | |
| of the United States of America, ) | |
| ) | |
| Joseph Robinette Biden Jr., the ) | |
| alleged Vice President of the ) | |
| United States of America, ) | |
| ) | |
| Martin Dempsey, the alleged ) | **JURY TRIAL DEMANDED** |
| Chairman of the Joint Chiefs of ) | |
| Staff to the Office of the President ) | |
| of the United States of America, ) | |
| ) | |
| Eric Holder, the alleged Attorney ) | |
| General of the United States of ) | |
| America, ) | |
| ) | |
| John Kerry, the alleged ) | |
| Secretary of the United States of ) | |
| America, ) | |
| ) | |
| Elena Kagan, the alleged Supreme ) | |

1

| | |
|---|---|
| Court Justice of the United States of America, | ) ) |
| | ) |
| Sonia Sotomayor, the alleged Supreme Court Justice of the United States of America, | ) ) ) ) |
| | ) |
| Jane Magnus-Stinson, alleged Federal District Judge, 7th Judicial Circuit Indianapolis, | ) ) ) |
| | ) |
| Patrick Leahy, the alleged President pro tempore of the Senate of the United States of America, | ) ) ) |
| | ) |
| John Boehner, the alleged Speaker of the House of Representatives of the United States of America, | ) ) ) ) |
| | ) |
| Robert S. Mueller, III, the alleged director of the FBI of the United States of America, | ) ) ) |
| | ) |
| et al.; | ) |

**Defendants.**

---

## CHANGES REFLECTED IN THE FIRST AMENDED COMPLAINT

1) Replace old text regarding plaintiff Paul Guthrie:

Paul A. Guthrie, in propria persona,

(A.K.A. General Jedi Pauly)

With new text to read:

Paul A. Guthrie, in propria persona;


2) Delete defendant United States Congress.

3) Delete defendant United States Senate.

4) Delete defendant U.S. House of Representatives.

5) Add defendant:

Patrick Leahy, the alleged
President pro tempore of the Senate
of the United States of America,

6) Add defendant:

John Boehner, the alleged
Speaker of the House of
Representatives of the United States
of America,

7) Add defendant:

Robert S. Mueller, III, the alleged
director of the FBI of the United
States of America;

8) Replace title text:

**FIRST COMPLAINT AND PETITION FOR EMERGENCY INJUNCTION, DECLARATORY RELIEF, MANDAMUS, AND QUO WARRANTO, DEMAND FOR JURY TRIAL**

With new title text to read:

**FIRST AMENDED COMPLAINT AND PETITION FOR EMERGENCY INJUNCTION, DECLARATORY RELIEF, MANDAMUS, AND QUO WARRANTO, DEMAND FOR JURY TRIAL**

9) Replace old text at number 28:

28) Defendant United States Congress [hereinafter referred to as Congress or the government] is an artificial entity that represents the Legislative branch of the government described in 27 above. Its address is Congress of the United States, Washington D.C.

With new text number 28 to read:

28) Defendant Patrick Leahy [hereinafter referred to as Mr. Leahy] is a natural person employee of the United States Senate. His official address is 437 Russell Senate Building U.S. Senate, Washington, D.C. 20510.

10) Replace old text number 29:

29) Defendant United States Senate [hereinafter referred to as Senate or the government] is an artificial entity that represents one half of the bi-cameral Congress referred to in 28 above. Its official address is U.S. Senate, Washington, D.C. 20510.

　With new text number 29 to read:

29) Defendant John Boehner [hereinafter referred to as Mr. Boehner] is a natural person employee of the United States House of Representatives. His official address is Office of the Speaker H-232 the Capitol, Washington, D.C. 20515.

11) Replace old text number 30:

30) Defendant U.S. House of Representatives [hereinafter referred to as House or government] is an artificial entity that represents the other half of the bi-cameral Congress referred to in 28 above. Its official address is U.S. House of Representatives, Washington, D.C. 20515.

　With new text number 30 to read:

30) Defendant Robert S. Mueller, III, [hereinafter referred to as Mr. Mueller] is a natural person employee of the Federal Bureau of Investigations of the United

States of America. His official address is FBI Headquarters, 935 Pennsylvania Avenue NW, Washington, D.C. 20535-001.

12) Replace old text number 69:

69) Due to 68 above, the defendant Congress has established Obama to be a King of a foreign power government and not a President of the government of the People, in violation of Article I, Section 9, clause 8 and Article I, Section 10, Clause 1, and Article II, Section 1, clause 5.

With new text number 69 to read:

69) Due to 68 above, the defendants Mr. Leahy, Mr. Boehner, and Mr. Mueller are responsible for establishing Obama to be a de facto king of a foreign power government and not a President of the government of the People. Their ongoing actions that maintain Obama in the Office of President are ongoing violations of Article I, Section 9, Clause 8; Article II, Section 1, Clause 5; and the First Amendment. By their actions, the defendants Mr. Leahy, Mr. Boehner, and Mr. Mueller are conspiring, either due to ignorance and extreme neglect of their duties, or by design, to overthrow the Constitution and establish and maintain a fascist dictatorship form of government with a non-natural born Citizen President who is subject to blackmail.

13) Change text in point number 74:

(defendant Congress)

    to read:

(Congress)


14) Change text in point 125 first sentence:

defendants Obama, Congress, and the society at large

    replace with new text to read:

defendants Obama, Mr. Leahy, Mr. Boehner, Mr. Mueller, and the society at large


15) Change text in point 125 first sentence:

(Republic, not fascist religious monarchy)

    replace with new text to read:

(Republic, not fascist religious monarchy dictatorship)


16) Change text in point number 126 sentence number two:

defendant Congress

    replace with new text to read:

Congress

7

17) Change text in point number 155, sentence number three:

Defendant Congress

    replace with new text to read:

The defendants Mr. Leahy, Mr. Boehner, and Mr. Mueller


18) Change text in point number 108:

The Congress, Executive and Judicial branches of the Constitutional government of the United States and defendant Holder

    replace with new text to read:

The Congress, Executive and Judicial branches of the Constitutional government of the United States and defendants Holder, Mr. Leahy, Mr. Boehner, and Mr. Mueller


19) Change text in point number 82, next to the last sentence that reads:

John Kerry maintaining the fraudulent illusion that both she

    replace with new text to read:

John Kerry maintaining the fraudulent illusion that both he

20) Insert additional sections starting after point 203:

## Supplemental Injuries Caused By Agents of the FBI

204) Prior to filing this case [1:13 -CV- 0234 SEB - DKL], plaintiff Guthrie had filed his case and was assigned a non de jure Judge who was an Obama appointee. [See *Guthrie v, United States*, Civil Action Number 1: 13 -CV- 0080 JMS - DKL, see also Supplemental Injuries caused by Ms. Magnus-Stinson's actions, listed in this case above.]

205) Ms. Jane Magnus-Stinson gave her final ruling and closed Guthrie's case on 01/30/2013. Approximately a week or 10 days before this date, Guthrie had called the FBI to report what he believed to be criminal actions on the part of Jane Magnus-Stinson due to her earlier rulings, and to report his discovery and finding that Obama is not a natural born Citizen as defined by the Constitution of the United States. Guthrie was told on the phone that the information would be passed on to an agent and that someone would probably get back to Guthrie.

206) No one ever called Mr. Guthrie back. Therefore, on Monday February 4th, 2013, Guthrie and a witness met with officials from the Department of Justice in their office in Indianapolis. Guthrie informed the DOJ officials that he had discovered the true meaning and definition of Artifice II natural born Citizen,

explained his discovery and proof, and directed the DOJ officials to read *Guthrie v. United States* so that they would become aware that Obama is not a lawful President and that crimes are being committed. The DOJ officials explained to Guthrie that the DOJ is not an investigative agency and that they rely upon the FBI for their information. Guthrie related to the DOJ officials that he had already tried to inform the FBI but did not get anywhere with his attempt. The DOJ officials then instructed Guthrie to call a different phone number to a local FBI field office where one could just walk in and meet with an FBI agent in person without an appointment, and for Guthrie to give his information to the duty agent.

207) On Tuesday February 5th, 2013, Guthrie and a witness arrived at the local FBI field office in Indianapolis, Indiana [8825 Nelson B Klein Parkway, Indianapolis, Indiana 6250], at approximately 11:30 AM and met with an FBI duty agent at approximately 12:00 Noon, who said his name was Wade Sweeney. Guthrie and his witness proceeded to explain the discovery and definition of Article II natural born Citizen to agent Sweeney. Guthrie and his witness spoke with agent Sweeney for approximately 40 minutes. Agent Sweeney was taking notes on a note pad, and seemed to understand and take the matter seriously. Agent Sweeney then said that he needed to do his homework first and read *Guthrie v. United States* before he could approach his superiors for a criminal investigation.

Guthrie related to agent Sweeney that he understood and that he did not want agent Sweeney to look like a fool when he went to his superiors thus agent Sweeney needed to understand what a natural born Citizen was just like Guthrie understands and can explain. Guthrie related to agent Sweeney the importance of judges and FBI persons being able to cloak themselves in the mantle of protection of the Constitution and laws before they can challenge a sitting non-President and that this cannot happen unless and until the judges and FBI agents know for themselves what a natural born Citizen is and how it is defined in U.S. law. Guthrie and agent Sweeney agreed to give agent Sweeney until the end of the day on Thursday and if Guthrie did not hear back from agent Sweeney by then, Guthrie would contact agent Sweeney to check up on his education and progress with comprehending the definition of natural born Citizen.

208) Because Guthrie did not hear back from agent Sweeney by the agreed time, on Friday February 8, 2013, Guthrie called agent Sweeney back, and to his surprise learned that agent Sweeney had already discussed the matter with his superiors. Agent Sweeney told Guthrie that his superiors did not consider the matter to be a priority, or was a low priority for the FBI. Guthrie then tried to obtain the name and identity of the superior who told agent Sweeney that this matter was a low priority. Agent Sweeney refused to disclose the identity of the superior who

supposedly made this assessment that the removal of a criminal usurper in the White House was 'a low priority' for the FBI. Guthrie then accused agent Sweeney of being engaged in a conspiracy and in aiding and abetting Obama's unlawful maintenance in Office by refusing to disclose the identity of the agent who made this assessment. Agent Sweeney had nothing to say and was silent. Guthrie became very fearful at this point, believing that the FBI would try to silence plaintiff Guthrie by murder or some other method. Guthrie exclaimed to agent Sweeney that the FBI is planning to kill Guthrie and Sweeney still remained silent. Guthrie listened for a bit longer to see if agent Sweeney would respond or try to reassure Guthrie that that was not the case, but no reassurance was forthcoming, so Guthrie, feeling terrorized and in fear for his life, could do nothing but hang up on agent Sweeney.

209) The director of the FBI, defendant Mueller, has an absolute duty under Article I, Section 9, Clause 8; under Article II, Section 1, Clause 5; and under numerous Title 18 sections and codes, to uphold and defend the Constitution and criminal codes of the United States by enforcing them, which is his job. Of course, the arrest and removal of Obama is not a 'priority' for the FBI, because it will expose the fact that defendant Director Mueller, by his inaction or ignorance, or by design, is one of the government agents who is ultimately responsible for the

overthrow of the U.S. Constitution and form of government, and is ultimately one who can be held responsible for the arrest and removal of Obama.

210) By their response, it is clear that the FBI or the agents of the FBI are refusing to do their job in order to provide political cover for their boss director Mueller, and/or for themselves. It is clear that the FBI and agents of the FBI are going to put their own personal interests ahead of enforcing the Constitution and criminal codes, thus preventing Guthrie and other U.S. citizens from securing the rights of U.S. citizens and their freedom from political tyranny and unlawful enslavement. It is clear from their and agent Sweeney's actions that the FBI has become politicized to the extent of High Treason against the American People and are engaged in an organized campaign of terror against Jewish and non-Jewish U.S. citizens by unlawfully subjecting them to fascist dictatorship and unlawful tyranny and slavery, taking it upon themselves to determine if or when Guthrie or some other citizen will receive the benefit of the Constitution and enforcement of the criminal codes.

211) When the German Jewish citizens tried to report the crimes of Kristallnacht or other crimes under Hitler during the 1930's to the German police, they were met with the same type of political non-enforcement lack of response that Guthrie is now getting from the FBI. This failure to enforce the criminal codes and

Constitution in the face of open criminal activity has the same effect upon Guthrie and other U.S. citizens as the German police's failure to enforce the criminal laws in Germany in the 1930's. That effect is to create a climate of fear and to deny the freedom and rights of citizenship, thus stripping the citizen of the benefits of citizenship and thereby facilitating and maintaining an unlawful dictator in power that rules over the people and enslaves them through fear. This is what the FBI, Obama, and the other named defendants are doing to Guthrie and other U.S. citizens. This is a criminal conspiracy by the FBI and the other named defendants to deprive Guthrie and other U.S. citizens of their rights; and also a criminal conspiracy to maintain an usurper in the White House, which is a violation of numerous criminal codes under Title 18; which maintains ongoing violations of Article I, Section 9, Clause 8; of Article II, Section 1, Clause 5; and of the First Amendment. This is particularly egregious for those of us who are Jewish, since Jewish people have a history of enslavement under fascist dictatorship, and now the FBI and the named defendants seem to be repeating history and subjecting U.S. citizens to the same terror. This is causing Guthrie, who is Jewish by his mother, to be constantly living in fear of his government and police in a similar way that a Jewish person in Germany in the 1930's under Hitler would have felt.

## Additional Remedies Needed Due To the Actions or Inactions of the FBI

212) Because the FBI has determined to not do its duty to enforce the Constitution and criminal codes and to move to arrest and remove Obama, it is incumbent upon the Court to now issue an arrest warrant for Mr. Obama and a Court Order upon defendant Mueller ordering him and the FBI to arrest Obama and remove him from the Office of President and prevent Obama from exercising the duties of that Office, so that Guthrie and other U.S. citizens will not be living in fear, terrorized by the FBI and other branches and departments of the government who refuse to enforce the Constitution and criminal codes, for their own political gain or financial benefit.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

*Paul Guthrie*

Paul A. Guthrie

7797 South Carefree Drive
Pendleton, IN 46064

Phone: (317) 485 - 4229
Fax: none
E-mail: jedipauly@gmail.com