Civil Action Number: <u>1:13 -CV- 0234 SEB -DKL</u>

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
13 FEB 26 PM 12: 11
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## PROOF OF SERVICE

This summons for <u>Jane Magnus-Stinson</u> was received by me on *(date)*

<u>2/11/2013</u>.

I personally served the summons on the individual at *(place)* by handing to Michelle R. Imel, Courtroom Deputy and receptionist for The Hon. Jane Magnus-Stinson.

_____ on *(date)* <u>2/13/2013</u> ; or

I left the summons at the individual's residence or usual place of

abode with

*(name)* _____, a

person of suitable age and discretion who resides there, on *(date)*

_____, and mailed a copy to the individual's last known

address; or

I served the summons on *(name of individual)*

_____, who is designated

by law to accept service of process on behalf of *(name of*

*organization)*

on *(date)* _____; or

I returned the summons unexecuted because

_____; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/14/2013

_____
Server's Signature

Aaron M. Rader, Process Server
_____
Printed name and title

Indiana Legal Support Services
6130 Carvel Avenue, #27
Indianapolis, IN 46220
Server's address

317-529-6650

Case 1:13-cv-00234-SEB-DKL   Document 4-3   Filed 02/26/13   Page 3 of 4 PageID #: 263

Civil Action Number: <u>1:13 -CV- 0234 SEB -DKL</u>



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
13 FEB 26 PM 12: 11
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

## PROOF OF SERVICE

This summons for <u>United States of America</u> was received by me on (date) <u>2/11/13</u>.

I personally served the summons on the individual at (place) <u>said address on the summons by handing to Kristin Greenwood, receptionist at United States Attorney's Office</u> on (date) <u>2/13/2013</u>; or

I left the summons at the individual's residence or usual place of abode with

(name) _____, a

person of suitable age and discretion who resides there, on (date)

_____, and mailed a copy to the individual's last known

address; or

I served the summons on (name of individual) _____

_____, who is designated

by law to accept service of process on behalf of (name of

organization)

_____

on *(date)* _____; or

I returned the summons unexecuted because

_____; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 2/14/2013

_____
*Aaron M. Rader*
Server's Signature

Aaron M. Rader, Process Server
_____
Printed name and title

Indiana Legal Support Services
6130 Carvel Avenue, #27
Indianapolis, IN 46204
Server's address
317-529-6650