Civil Action Number: <u>1:13 -CV- 0234 SEB -DKL</u>



## PROOF OF SERVICE

This summons for <u>    Sonia Sotomayor    </u> was received by me on

*(date)* 02/14/2013

    I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

    I left the summons at the individual's residence or usual place of

abode with

*(name)*_____, a

person of suitable age and discretion who resides there, on *(date)*

_____, and mailed a copy to the individual's last known

address; or

        I served the summons on *(name of individual)* Officer S. Giganti who

is designated by law to accept service of process on behalf of *(name of*

*organization)* U.S. Supreme Court of the United States of America on

*(date)* 02-14-2013  or

I returned the summons unexecuted because

_____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02-14-2013

_____
*Server's Signature*

Daniel Williams / Process Server

_____
*Printed name and title*

1219 11ᵗʰ St., NW, Washington, DC 20001

_____
*Server's address*

District of Columbia: SS
Subscribed and Sworn to before me,
this 15th day of February, 2013

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of Indiana

**Paul A. Guthrie, in propria persona, (A.K.A. General Jedi Pauly)**

    Plaintiff(s),

vs.

**United States of America, et al**

    Defendant(s).

Attorney: NONE

Paul A. Guthrie
7797 South Carefree Dr.
Pendleton IN 46064

\*66399\*

**Case Number: 1:13-cv-0234SEB-DKL**

Legal documents received by Same Day Process Service, Inc. on **02/14/2013** at **9:53 AM** to be served upon **Sonia Sotomayor, the alleged Supreme Court Justice of the United States of America**, at **1 First St., NE , Washington, DC, 20543**

I, **Daniel Williams**, swear and affirm that on **February 14, 2013** at **1:02 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; First Complaint and Petition for Emergency Injunction, Declaratory Relief, Mandamus, and Quo Warranto, Demand for Jury Trial** to **OFFICER S. GIGANTI** as **Authorized Agent** at **1 First St., NE , Washington, DC 20543** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 40  Height: 5"9"-6"0"  Weight: Over 200 lbs  Skin Color: White  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

(202)-398-4200

Internal Job ID:66399

District of Columbia: SS
Subscribed and Sworn to before me,
this 15th day of February, 2013

Andrew Yonki, Notary Public, D.C.
My commission expires September...

Civil Action Number: <u>1:13 -CV- 0234 SEB -DKL</u>



## PROOF OF SERVICE

This summons for  <u>   Elena Kagan   </u>  was received by me on

*(date)* 02/14/2013

    I personally served the summons on the individual at *(place)*

_____

_____ on *(date)* _____; or

    I left the summons at the individual's residence or usual place of

abode with

*(name)*_____, a

person of suitable age and discretion who resides there, on *(date)*

_____, and mailed a copy to the individual's last known

address; or

        I served the summons on *(name of individual)* Officer S. Giganti who

is designated by law to accept service of process on behalf of *(name of*

*organization)* U.S. Supreme Court of the United States of America on

*(date)* 02-14-2013  or

I returned the summons unexecuted because

_____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services,

for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02-14-2013

_____
*Server's Signature*

Daniel Williams / Process Server

_____
*Printed name and title*

1219 11th St., NW, Washington, DC 20001

_____
*Server's address*

District of Columbia: SS
Subscribed and Sworn to before me,
this 15H day of February, 2013

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of Indiana

**Paul A. Guthrie, in propria persona, (A.K.A. General Jedi Pauly)**

   Plaintiff(s),

VS.

**United States of America, et al**

   Defendant(s).

Attorney: NONE

Paul A. Guthrie
7797 South Carefree Dr.
Pendleton IN 46064

*66398*

**Case Number: 1:13-cv-0234SEB-DKL**

Legal documents received by Same Day Process Service, Inc. on **02/14/2013** at **9:52 AM** to be served upon **Elena Kagan, the alleged Supreme Court Justice of the United States of America**, at **1 First St., NE , Washington, DC, 20543**

I, **Daniel Williams**, swear and affirm that on **February 14, 2013** at **1:02 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; First Complaint and Petition for Emergency Injunction, Declaratory Relief, Mandamus, and Quo Warranto, Demand for Jury Trial** to **OFFICER S. GIGANTI** as **Authorized Agent** at **1 First St., NE , Washington, DC 20543** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 40  Height: 5"9"-6"0"  Weight: Over 200 lbs  Skin Color: White  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Daniel Williams**
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

(202)-398-4200

Internal Job ID:66398

District of Columbia: SS
Subscribed and Sworn to before me,
this 15th day of February, 2013

_____
Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014