# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Paul A. Guthrie, in propria persona; ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. |
| vs. ) | |
| ) | **1:13 -CV- 0234 SEB -DKL** |
| United States of America; ) | |
| ) | |
| de facto King Barrack Hussein Obama II, the alleged President of the United States of America, ) | |
| ) | |
| Joseph Robinette Biden Jr., the alleged Vice President of the United States of America, ) | |
| ) | |
| Martin Dempsey, the alleged Chairman of the Joint Chiefs of Staff to the Office of the President of the United States of America, ) | |
| ) | |
| Eric Holder, the alleged Attorney General of the United States of America, ) | |
| ) | |
| John Kerry, the alleged Secretary of the United States of America, ) | |
| ) | |
| Elena Kagan, the alleged Supreme Court Justice of the United States ) | |

1

of America,                                )
                                           )
                                           )
Sonia Sotomayor, the alleged               )
Supreme Court Justice of the United        )
States of America,                         )
                                           )
                                           )
Jane Magnus-Stinson,                       )
alleged Federal District Judge,            )
7th Judicial Circuit Indianapolis,         )
                                           )
                                           )
Patrick Leahy, the alleged                 )
President pro tempore of the Senate        )
of the United States of America,           )
                                           )
                                           )
John Boehner, the alleged                  )
Speaker of the House of                    )
Representatives of the United States       )
of America,                                )
                                           )
                                           )
Robert S. Mueller, III, the alleged        )
director of the FBI of the United          )
States of America;                         )
                                           )
                                           )

**Defendants.**

---

## MOTION FOR ORDER TO COMPEL PUBLIC DISCLOSURE

1) Every one of the defendants, by virtue of their employment in their offices, has a duty to know what an Article II natural born Citizen is and whether or not Obama is one, in order to establish whether or not the defendants are valid representatives

2

of the constitutional government engaged in lawful duties on behalf of the American People, so as not to be defrauding the American People and so that they can properly do their jobs and enforce the criminal codes and Constitution. Furthermore, if the defendants did not know or comprehend what a natural born Citizen was before they received Guthrie's complaint, by the facts presented therein they certainly now know what a natural born Citizen is and that Obama is not one.

2) As a result of the facts in one above, the defendants have been put on notice that Obama is not a valid lawful representative natural born Citizen as required by the Constitution. It is now not possible for them to not know what a natural born Citizen is and that Obama is not one, being that they know that he is the offspring of a foreign non-U.S. citizen father, unless they have just not bothered to read the complaint and are just ignorant. How difficult is it to understand, that if you are the offspring of a foreign non-U.S. citizen father then you can only be a U.S. citizen by means of naturalization (i.e. political adoption), and if you are the offspring of a U.S. State citizen father then you are not born having to be adopted by the society and you are a natural born Citizen, not a naturalized citizen? How difficult is it to look at Article II and see the obvious, that only those adopted naturalized citizens or 'Citizens of the United States' at the time of the Adoption of

the Constitution were granted a one-time legal privilege of being candidates for President, and now that that provision has expired, only natural born Citizens, i.e., the offspring of State citizen fathers after the time of the Adoption of the Constitution, can now be President?

3) It has been well over three weeks since the defendants have received Guthrie's complaint, but they have not bothered to take cognizance of the necessity to respond within 21 days if they are not going to first remove Obama, a legal necessity in order to cure the defect that as long as they maintain Obama in power they are currently just ordinary citizens who cannot prove that they are valid constitutional government agents of the constitutional government. We can only conclude that the defendants have decided to dig in their heels and use fraud, deception, unlawful force, and conspiracy in order to maintain themselves and Obama in office unconstitutionally. By maintaining their silence, they are keeping the big secret from the American People of the true meaning and definition of Article II natural born Citizen. Their silence and lack of reply or any attempt to remove Obama after being put on notice, and the forceful maintenance of themselves in office, maintains the illusion of legitimacy and provides the propaganda that illegally maintains both them and Obama in their offices. The actions of the defendants hide the fact from the American People that their so-

called President is actually a monarch and that the constitutional government has been overthrown, the People now being political slaves with no lawful representation in Congress or the Executive branch, or much of the judicial branch, that can garner any consent of the People for any laws or orders passed or appointments made.

4) After being put on notice, the defendants all have a duty to mitigate damages. They are not mitigating damages by ignoring Guthrie's suit and fraudulently maintaining themselves in office through willfully ignoring the fact that Obama is not a natural born Citizen as defined by the Constitution of the United States of America and by the political laws of Nature applicable to male and female citizens in non-monarchy forms of government which are recognized in the Constitution, establishing that we are not a monarchy form of government but a sovereign Republic of Sovereign citizens.

5) By failing to reply to Guthrie in a timely manner within 21 days, and given that the historically unique situation in this case only supports allowing 21 days to reply, the defendants are seen to be delaying and obstructing justice and possibly committing High Treason. They are definitely maintaining a secret private corporate government of their own creation, for their own benefit and for the benefit of Obama, and not publicly maintaining the constitutional government of

the United States which is supposed to be for the benefit of the People and their Political Liberty.  The defendants are supposed to be required to publicly maintain a constitutional Republic with a natural born Citizen President if they are putting themselves out as legitimate agents of the People.  A simple public disclosure to the press from the defendants that states that Obama is an adopted, naturalized citizen of the United States due to his birth in Hawaii to a U.S. citizen mother and foreign non-U.S. citizen father, and that Obama is not an Article II natural born Citizen of the United States after the time of the Adoption of the Constitution because he is not the offspring of a U.S. State citizen father after the time of the Adoption, would go a long way to relieve the injury and damage that the defendants' ongoing actions are causing to Guthrie and the country, and would provide evidence that the government is a public one for the benefit of the public and not a private personal secret dictatorship of the defendants for their own personal benefit.  This public disclosure would prove that the defendants are victims of fraud like Guthrie, and not the perpetrators of fraud and wrongdoing upon Guthrie and the country.  Furthermore, this public disclosure is necessary in order that the defendants are not seen to be maintaining a secret personal private corporation that passes for a legitimate government called the 'United States of America' which is now actually maintained as a homonym by the private actions of

the defendants that cause the government to not be the public United States of America that is defined by the Constitution for the United States of America.

Wherefore, in order to not be maintaining a secret personal private corporate kingdom government that is not the public constitutional government belonging to the People, and in order to mitigate the injury and damage being done to Guthrie and the Constitution, the defendants have an absolute constitutional duty to not further injure or damage Guthrie and the country by their actions and silence. Wherefore it is clear that the defendants have not replied to Guthrie's petition within 21 days or made any public effort to remove Obama from Office in order that the defendants can obtain 60 days to reply according to the rules of civil procedure, Guthrie feels that it is now incumbent upon the Court and prays that the Court will issue a Court Order upon the defendants in order to compel them to publicly disclose to the news media that Obama is an adopted naturalized citizen of the United States <u>after</u> the time of the Adoption of the Constitution of the United States and he is not a non-adopted Article II natural born Citizen of the United States after the time of the Adoption of the Constitution because he is not the offspring of a U.S. State citizen father after the time of the Adoption, and therefore

he does not meet Article II requirements in order to hold the Office of President of the United States of America.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

*Paul A. Guthrie*

Paul A. Guthrie

7797 South Carefree Drive
Pendleton, IN 46064

Phone: (317) 485 - 4229
Fax: none
E-mail: jedipauly@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the following persons by First Class U.S. Mail, postage prepaid, this 2nd day of April, 2013.

Barrack Hussein Obama II
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Joseph Robinette Biden
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Martin Dempsey
Pentagon
9999 Joint Staff Pentagon
Washington DC  20318

Eric Holder
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington DC  20530

John Kerry
The Executive Office
Office of the Legal Adviser, Room 5519
United States Department of State
2201 C Street N.W., Washington, DC 20520

Elena Kagan
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Sonia Sotomayor
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Jane Magnus-Stinson
U.S. District Court
Birch Bayh Federal Building and
United States Courthouse
46 East Ohio Street, Room 105
Chambers Room 304, Courtroom Room 307
Indianapolis, IN 46204

United States of America
United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Patrick Leahy
437 Russell Senate Building U.S. Senate
Washington, D.C. 20510.

John Boehner
Office of the Speaker H-232 The Capitol
Washington, D.C. 20515.

Robert S. Mueller, III
FBI Headquarters
935 Pennsylvania Avenue N.W.
Washington, D.C. 20535-001.

*Paul Guthrie* (signature)

Paul Guthrie