# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2013 APR -2 PM 1: 42
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Paul A. Guthrie, in propria persona;                )
                                                    )
                                                    )
                        ***Plaintiff,***            )
        vs.                                         )          Civil Action No.
                                                    )
                                                    )     **1:13 -CV- 0234 SEB -DKL**
United States of America;                           )
                                                    )
de facto King Barrack Hussein                       )
Obama II, the alleged President                     )
of the United States of America,                    )
                                                    )
Joseph Robinette Biden Jr., the                     )
alleged Vice President of the                       )
United States of America,                           )
                                                    )
Martin Dempsey, the alleged                         )
Chairman of the Joint Chiefs of                     )
Staff to the Office of the President                )
of the United States of America,                    )
                                                    )
Eric Holder, the alleged Attorney                   )
General of the United States of                     )
America,                                            )
                                                    )
John Kerry, the alleged                             )
Secretary of the United States of                   )
America,                                            )
                                                    )
Elena Kagan, the alleged Supreme                    )
Court Justice of the United States                  )

1

of America,                          )
                                     )
Sonia Sotomayor, the alleged         )
Supreme Court Justice of the United  )
States of America,                   )
                                     )
Jane Magnus-Stinson,                 )
alleged Federal District Judge,      )
7th Judicial Circuit Indianapolis,   )
                                     )
Patrick Leahy, the alleged           )
President pro tempore of the Senate  )
of the United States of America,     )
                                     )
John Boehner, the alleged            )
Speaker of the House of              )
Representatives of the United States )
of America,                          )
                                     )
Robert S. Mueller, III, the alleged  )
director of the FBI of the United    )
States of America;                   )
                                     )
                                     )

                    *Defendants.*

---

## MOTION FOR DEFAULT JUDGMENT

1) Plaintiff Guthrie filed his case [number 1:13 -CV- 0234 SEB - DKL] and made

service of process upon the defendants, with the last defendant being served on

March 4, 2013.  The Proof of Service verification for all of the defendants has been

2

filed with the Court. Not counting the day of March 4, then 21 days from the time the defendants were served expires at the end of the day March 26, 2013.

2) It is now more than 21 days and there has been no reply from the defendants. Guthrie is now entitled to a default judgment. Here is the language in the Summons served upon the defendants that describes the rules of civil procedure regarding the time allotted for a reply to plaintiff's suit and the consequences for failure to respond:

> A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:
>
> Paul Guthrie<br>7797 South Carefree Drive<br>Pendleton, Indiana 46064
>
> If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

3) The defendants are not the constitutional United States or lawful agents of the constitutional government of the United States of America, as the constitutional

3

government of the United States was unlawfully dissolved by Congress' own voluntary will and actions in 2008/09, and the government was maintained in an unconstitutional overthrown de facto monarchy state again in 2012/13, when the defendants Boehner and Leahy and their associates in the House of Representatives and Senate took it upon themselves, with the help and cooperation of defendant Mueller of the FBI and officials of the Department of Justice, to violate Article II, Section 1, Clause 5; and Article I, Section 9, Clause 8; and the First Amendment, and thus create a Title of Nobility for defendant Obama, a legal privilege to be President, in order that he may usurp the Office of President and thereby establish a monarchy form of dictatorship government that enslaves the U.S. natural born Citizens to be under political slavery, a form of Tyranny that is supposed to be outlawed by the U.S. Constitution.

4) The defendant, United States of America, is only the United States in name, not in substance. In order to be the United States that is entitled to 60 days to respond, there would have to be a constitutionally-empowered and constitutionally-assembled government called the United States of America that exists. No such government exists. The defendant United States of America is currently a fraud, a government that is foreign to the Constitution, a fraudulent foreign government with its political authority coming from the foreign citizen male fathers of Kenya,

4

and thus is not covered by the 60-day rule of civil procedure which is referring to the constitutional United States of America, whose political authority is derived from the male fathers of the 50 States and their offspring.  Guthrie cannot even look to any U.S. case law to rely upon, as this issue now before the Court has never occurred in the history of the United States of America, as there has never been a usurper President selected and installed in an unlawful election process who was not the offspring of a U.S. State citizen father, a requirement by Article II natural born Citizen in order to prevent the creation of Titles of Nobility and the establishment of a monarchy form of dictatorship government, as we now currently have.

5)  Besides defendant United States of America, the rest of the natural person defendants are not lawful agents of the People's government.  They are not employed by any lawful constitutional government of the United States and not engaged in any lawful governmental duties.  All but defendant Mueller, Boehner, and Leahy are Obama appointees who have no right to put themselves out as agents of the People's government, the government that is being referred to in the 60-day rule of civil procedure regarding the time of reply to a lawsuit.  The rules of civil procedure and case law regarding the 60-day rule for government agents did not contemplate an usurper President and overthrown government, establishing a

5

covert dictatorship, with fraud being committed by the appointees and Congress persons, who are at this point nothing more than ordinary civilians acting on their own criminal authority to maintain themselves in offices that they themselves have created for themselves by the use of fraud and deception.  Through this fraud they maintain a fraudulent illegal private corporation called the "United States of America" (a homonym) that they fraudulently put forward as the legitimate government, but is not the government of the People called the United States of America as defined by the U.S. Constitution, headed by a natural born Citizen.

6)  Even defendant Mueller who is not an Obama appointee is not a valid government agent engaged in any valid governmental duties at this point, as he is currently working for a foreign unconstitutional government that he is responsible for criminally maintaining in power for his own personal gain and for the benefit of Obama.  The same goes for the defendants Boehner and Leahy and the entire Congress, all of whom cannot function in any legitimate representative constitutional governmental capacity as long as they maintain Obama in power as a sitting non-President.  Without a legitimate President, nothing they enact can ever have any authority.  They all function strictly in a personal private corporate capacity without the ability to make any valid laws.  This is supposed to be outlawed by the Constitution.  The only way to change this reality is to remove

6

Obama and replace him with a natural born Citizen President, thus reinstating the Constitutional government of the People to replace the personal private corporate kingdom created and maintained by the defendants which is now fraudulently passing for the People's rightful government, and is subjecting Guthrie and the citizens of the country to dictatorship and loss of political liberty and rights.

7) To date, there has been no reply from the defendants. The defendants have all had three weeks or longer to read Guthrie's lawsuit and to become aware of what a natural born Citizen is and thereby understand that Obama is not qualified to hold Office because he is an adopted, naturalized citizen, and not its legal opposite, which is an Article II non-adopted natural born Citizen. Because Obama is still in power and there is no evidence in the news or mail that the Congress or federal police authorities are making it any priority to arrest and remove Obama from the Office of President, it is clear that the intention of the government and the defendants is to willfully and knowingly engage in fraud, criminal obstruction of justice, and High Treason against the Constitution and People of America and against plaintiff Guthrie in order to maintain themselves and their illegal foreign government in power, and to maintain Guthrie and other citizens in a state of political slavery and political inequality under unlawful dictatorship. The Court should not reward this criminal fraudulent treason by granting legitimacy to the

7

defendants by allowing them to have 60 days to reply, because in light of the evidence, such a privilege would convey a legitimacy upon the defendants that is not factually or lawfully warranted. That a natural born U.S. Citizen is the opposite of a naturalized U.S. citizen and that Obama is a naturalized U.S. citizen are undeniable facts, as it is also an undeniable fact that the Constitution prohibits naturalized adopted citizens that are the offspring of non-citizen fathers from being President. Obama's illegitimate government and most of the defendants have had many years of perpetrating fraud and obtaining incomes and benefits and unconstitutional political privileges, all unlawfully obtained at the expense of the Freedom, Rights, and Political Liberty of Guthrie and other citizens which are supposed to be guaranteed and secured by the _enforcement_ of the Constitution against such abuses. The defendants are nothing but open, in-your-face criminals, engaged in naked criminality, who show utter contempt for the Constitution and rule of law and natural sovereign political rights belonging to Guthrie and the American People. The defendants should not now be permitted to maintain themselves and the unconstitutional government in power for one day longer and thus keep Guthrie deprived of his political freedom and citizenship rights without any due process of law.

## Prima Facie Case

8) It is common knowledge, provided by defendant Obama himself, that defendant Obama was born in the State of Hawaii in 1961 to a U.S. citizen mother Ann Dunham and to a father Mr. Obama, a foreign non-U.S. citizen male who was a citizen of Kenya and a citizen of the commonwealth of Great Britain, but was never a citizen of the United States of America.

9) The facts recited in paragraph 8 make defendant Obama a natural born Kenyan citizen, not a natural born Citizen of the United States. Due to his birth in Hawaii to a U.S. citizen mother, which extended the *privilege of naturalized U.S. citizenship at birth* to defendant Obama, he also became an adopted, naturalized U.S. citizen at birth, or in other words, a 'citizen of the United States' or 'Citizen of the United States' as it is spelled in Article II, only he became a citizen of the United States at birth <u>after</u> the time of the Adoption of the Constitution, not before the Adoption or at the time of the Adoption, as is the only exception made in Article II to be President as a naturalized citizen. (For further information, see paragraphs 16) and 19) herein.) Obama's facts of citizenship have nothing to do with being the offspring of a State citizen father, thus Obama never was a natural born Citizen of the United States and does not meet Article II requirements or definition of what a natural born Citizen of the United States is.

10) The language of the *14th Amendment,* and the case law surrounding the 14th Amendment, show us that 'born in the United States', and 'naturalized in the United States', are synonymous terms and concepts. *Minor v. Happersett,* 88 U.S. 162 (1875) shows us that there are only two mutually exclusive types of citizenships that are recognized: a non-adopted natural born U.S. citizen (spelled "natural born Citizen" in Article II) that naturally results from being the offspring of a U.S. State citizen father <u>after</u> the time of the Adoption of the Constitution; or obversely, a citizen under the 14th Amendment or U.S. codes, this being only for those who are not the offspring of U.S. State citizen fathers, <u>after</u> the time of the Adoption of the Constitution. This is because those who are the offspring of foreign, non-U.S. State citizen fathers <u>after</u> the time of the Adoption of the Constitution, must be adopted by the society and granted the legal privilege of U.S. citizenship.  In the language of the Chief Justice in *Minor v. Happersett*:

'...it was never doubted that all children born in a country of parents who were its citizens became themselves, upon their birth, citizens also. These were natives, or natural-born citizens, as distinguished from aliens or foreigners.'

10

Citizen parent(s) includes the citizen father.

11) Those U.S. citizens who claim citizenship under the 14th Amendment or codes regulating immigration and naturalization, like defendant Obama, do so because they are not the offspring of a U.S. State citizen father or not the offspring of any U.S. citizen parents at all. The citizens under the 14th Amendment or U.S. immigration and naturalization codes are citizens by a legal privilege that was created by Congress and only exists to be extended to those who are the offspring of foreign, non-U.S. citizen fathers or foreign, non-U.S. citizen parents after the time of the Adoption of the Constitution. Those who rely upon being born on U.S. soil for their citizenship, or who are born to U.S. citizen mothers and foreign fathers, are born as 'aliens or foreigners' and are thus adopted U.S. citizens by naturalization or created legal privilege of citizenship. They are not Article II non-adopted natural born Citizens who can be President.

12) Article II natural born Citizen has nothing at all to do with the creation of a *legal privilege* by Congress to be a U.S. citizen that is then bestowed by the three branches of government upon someone at birth. Article II natural born Citizen simply recognizes and protects a naturally-occurring political condition that exists among the population of native citizens. That natural political condition is that, in any country that is not a monarchy form of government, the male citizens naturally

11

produce offspring via sexual reproduction, causing an increase in the indigenous population of free political citizens of the country, out of which natural political body comes the chief or head political leader of the country. Under our U.S. Constitution, these are the native citizens that are not adopted by the society or granted the legal privilege of citizenship and political rights. The right to membership in the indigenous society (U.S. citizenship) and the recognition of the source of natural political rights for the U.S. natural born Citizen is Nature and Her laws, not the Congress, three branches of government, the President, or Positive Law (other than the Constitution itself, which only recognizes and secures naturally occurring citizenship, it does not create it). Only those who are born under a monarchy form of government must rely upon the state for their political liberties and political membership rights in the society (citizenship) of the state (kingdom). They are born as involuntary 'subjects' of the state, with the state deciding what political rights they have, and no superior pre-existing source of political rights (Nature) is recognized to exist. That is why our forefathers had to have a war against England in 1776 and declare independence, because the king or state refused to recognize the natural sovereign political rights that are common to all mankind. United States natural born Citizens are not born as involuntary 'subjects' of the state at birth unless their citizen fathers decide to make them

12

subject to the state, and then it is only for protecting the natural political rights of the offspring in U.S. society by having their naturally occurring, nature-produced, natural born U.S. Citizenship status recognized, secured, and protected by U.S. law. The Supreme Court case of *Nguyen v. INS*, 500 U.S. 53 (2001) shows us that, for the first 18 years of their lives, United States natural born Citizen offspring are subjects of their father's authority only, the one who creates the offspring. The Supreme Court determined in the *Nguyen* case that whether or not the offspring of a U.S. State citizen father is recognized to be a citizen of the United States depends upon the father claiming the offspring and reporting the fact of the birth to the appropriate departments of government, and the father has 18 years to do this. The *Nguyen* case shows us that only male U.S. citizens are recognized to create natural born U.S. Citizen offspring solely by their own authority, and do not rely upon artificially-created legal privileges in order that their offspring are citizens, such as the legal privileges which female U.S. citizens who have offspring with foreign males must rely upon. This is consistent with the political Laws of Nature in non-monarchy forms of government, because by the natural political laws of Nature that are recognized in non-monarchy forms of government, and especially under our Constitution, the males are bound by their citizenship such that they can only create natural born citizens of the country of which they themselves are citizens,

13

but females are not bound by their citizenship. Because a female is not a hermaphrodite who can impregnate herself, and nor can she force a man to get her pregnant, the female citizen must submit herself to and rely upon a male mate in order for her to secure the ability to pass on natural born citizen status to her offspring. Her choice in male mate sex partner determines of which country she creates natural born citizens. This is because the male is bound by his citizenship. Therefore, if the male and female parents are not citizens of the same country, then the female will be birthing offspring who will only be naturalized citizens of the mother's country, but will be natural born citizens of the father's country. This is a universal natural political law that is recognized in most countries and especially in the United States Constitution in Article II, Section 1, Clause 5, in order to secure the Office of President from foreign influence, to protect the political rights of native male and female natural born Citizens so that they or their offspring will not have to compete with the offspring of foreign non-citizen males for the Office of President (which politically, would make the country the United Countries of planet Earth and not the United States of America), and to prevent the establishment of a monarchy form of government in which the Office of President is held by someone who has been granted an artificial legal political privilege to hold the Office. The purpose and intent of the Constitution is to prevent an

14

artificial political privilege to be President being conveyed by the privilege of bestowed citizenship, in order to prevent a monarchy form of government. If one could obtain the legal privilege of being President via the privilege of citizenship, then by definition, you would be receiving a Title of Nobility, which would make the Office of President a privilege, or the one who occupies the Office being one who does so by a bestowed artificial legal political privilege conveyed via artificial citizenship laws, that does not reflect a naturally-occurring inherited political condition at birth of all men being created equal. In the Declaration of Independence, its lower-case 'men' means all mankind, both males and females. Both males and females are natural born citizens who are politically equal with regard to natural political rights such as voting or serving in public office such as the Office of President. Both genders inherit these natural political rights in the society from their citizen father, as is declared in the U.S. Declaration of Independence to be a self-evident truth of Nature. ('...endowed by their Creator', i.e. your father who creates you.)

13) A King or Queen is the head political leader of the country in a monarchy form of government. Their political right to be the head political leader is an artificial legal privilege that is bestowed upon them, a privilege that does not

reflect a naturally-occurring political condition, because there is no natural political right to be a Monarch or Royalty.

14) The Office of President represents the head political leadership of the country. The purpose and intent of the Constitution is to not create Titles of Nobility and thus a monarchy form of government. [See Article I, Section 9, Clause 8; Article I, Section 10, Clause 1; and the First Amendment]

15) A Title of Nobility is an artificial political privilege to be the head political leader of the country, which does not reflect a natural political right or naturally-occurring political condition. By equating the natural political condition of non-adopted natural born Citizen to be synonymous with the artificially-created adopted naturalized citizen, the distinctions and separation and safeguards that are built into the Constitution, which ensure Political Liberty and Political Equality and Political Justice, are obliterated. In Obama's case, the distinctions and separation between man-made law or Positive Law and Nature or Natural Law that is specified by the Constitution have been removed, and an artificial legal political privilege has been created for Obama via equating the opposite jurisdictional terms 'naturalized' and 'natural born' to have the same definition and meaning, which then leaves no term in U.S. law that reflects a naturally-occurring political right or natural political condition that exists in Nature as a source of recognized natural

political rights, which is a function of one's natural born citizenship. To install a naturalized U.S. citizen into an Office reserved for natural born U.S. Citizens is to allow an artificial legal political privilege under man-made or Positive Law to usurp the authority of a naturally-occurring political right or condition of Nature under the Law of Nature or Natural Law, in violation of the U.S. Constitution. Defendant Obama holds the Office of President as a de facto monarch or king who has been granted a Title of Nobility or legal political privilege to hold the Office, which has been bestowed upon him via misapplication of the citizenship laws, by the defendants, courts (see the actions of defendant Jane Magnus-Stinson in Guthrie's complaint), and society (voters), all who fraudulently equate the political Laws of Nature (non-adopted, natural born) with man-made political privileges (adopted, naturalized) and then proceed to con the public and the courts via their media agents and published Congressional Research Service report into accepting this absurd version of reality and Nature and Law.

16) The Constitution, at this time in history, clearly forbids naturalized adopted citizens like Obama from being eligible for the Office of President. This can easily be seen in Article II, Section 1, Clause 5:

> No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible

to that Office who shall not have attained to the Age of thirty five
Years, and been fourteen Years a Resident within the United States.

As anyone can plainly see, a one-time exception for naturalized adopted citizens

("Citizen of the United States") had to be made at the time of the Adoption of the

Constitution because everyone at that time was an adopted naturalized citizen or

"Citizen of the United States". There were no natural born U.S. Citizens at the

time of the Adoption of the Constitution (unless someone was born to a State

citizen father on the same day that the Constitution was adopted, which would

mean that he or she could only become President 35 or more years later.) All of

the State citizens at the time of the Adoption of the Constitution were

grandfathered-in and granted the legal privilege of naturalized U.S. citizenship.

They were all made "Citizens of the United States" because they all had to be

adopted from the previous political condition of being British subjects who were

only State citizens, i.e., citizens of a foreign government, before they were

"Citizens of the United States". That is the only time in U.S. history that the

Constitution and laws have permitted naturalized, adopted "Citizens of the United

States" --the same language that is used in the 14th Amendment-- to be President.

Obviously Mr. Obama does not qualify as a Citizen of the United States at the time

of the Adoption of the Constitution, unless he is an immortal being. Obama is a

"Citizen of the United States" <u>after</u> the time of the Adoption, not a natural born

18

Citizen, thus he is not eligible for the Office of President, because only natural born Citizens, as the offspring of State citizen fathers, can be President now, being that it is <u>after</u> the time of the Adoption of the Constitution, according to the Constitution and history of the United States of America.

17) The Constitution is supposed to guarantee, secure, and protect Guthrie's Political Liberty from dictatorship forms of government and from political slavery, by assuring Guthrie that the Office of President will be occupied by one of Guthrie's political peers, another natural born Citizen, which ensures that the consent of the governed (Guthrie) has been obtained, so that Guthrie will be free, living under a representative government, and not a slave under dictatorship. The ongoing willful and intentional actions of the defendants in ignoring the Constitution and facts of Nature sworn to in this lawsuit, and their fraudulent maintenance of themselves in office, has caused Guthrie to be terrorized by criminals and criminally enslaved for over four years, robbed of his political rights and citizenship rights without any due process of law. Apparently, there is no future hope that Guthrie or any other citizen of the U.S. will ever again be granted recognition of their Political Freedom and Political Rights, or have the promise of Political Liberty, Political Justice, and Political Equality fulfilled which the Constitution is supposed to guarantee and secure, because the Obama precedent

obliterates the recognition and distinction in the Constitution between Natural Law and Positive Law and thus renders the concept of a Constitution and the rule of law to be meaningless unenforceable ideas, obliterating the very concept of sovereignty and forever opening the door to future dictators.

Wherefore, Guthrie has proven that the defendants are in default, and for over four years Guthrie has been, and is being, and will be into the future, subjected by the defendants to political slavery and deprived of his Political Freedom, Political Equality, Political Justice, and the protection of the criminal codes, forced to live like a slave or prisoner in his own country in terror of his government like a Jewish person under Adolph Hitler in Germany in the 1930's, subjected to an organized criminal mob run by the FBI and Department of Justice whose priority is to overthrow the Constitution, criminal codes, and will of the People, and subject the People to dictatorship and political slavery, political inequality, political injustice --in essence, crimes against humanity.  Dictator Obama works daily like Adolph Hitler to confiscate everyone's guns and purge the military of commanders who put their allegiance to the Constitution ahead of their allegiance to Obama, and thus won't fire on American citizens, while the Department of Homeland Security tries to hide and deny their massive militarization and obvious preparations to wage war

20

upon the American People and innocent citizens like natural born Citizen Guthrie, creating a massive climate of fear that Guthrie cannot live with, which has ruined the use and enjoyment of Guthrie's life for over 4 years and is still ongoing and growing worse.  Guthrie prays that the court will recognize the signs of history repeating and will find the defendants in default, restore the rule of law and the Constitution, and grant Guthrie the judgment and relief that he is entitled to:

18)  Declaratory Judgment declaring Barrack Hussein Obama's occupation of the Office of President of the United States to be a violation of Article I, Section 9, Clause 8 (federal prohibition against Titles of Nobility), and a violation of Article II, Section 1, Clause 5 (natural born Citizen requirements for President), and a violation of the First Amendment (prohibition against Church and state combining into one, as is the automatic case with monarchy forms of government.  [See separate motion, Motion for Declaratory Judgment.]

19)  Court order upon the defendants ordering them to publicly disclose the fact that Obama is an adopted, naturalized 'citizen of the United States' after the time of the Adoption of the Constitution, and not a natural born Citizen, the offspring of a State citizen father after the time of the Adoption of the Constitution, which is what is now required in order to be eligible for the Office of President.  The

21

Constitution's Article II grandfather clause has expired and now adopted naturalized citizens like Obama, the offspring of foreign non-U.S. citizen fathers, are prevented by Article II from being President or Vice President. [See separate motion, Motion for Order to Compel Public Disclosure.]

20) Actual damages of loss of income over 4 years, at $2500 a year for a total of $10,000, due to the lessened ability to concentrate on his livelihood as a jewelry artisan due to the emotional stress of realizing that Guthrie has lost his political freedom and is being subjected to dictatorship via the criminal fraud of the defendants.

21) Expenses associated with this suit, which includes the court filing fee, printing costs and mailing fees, and service of process fees, total $1664.57 so far, not including the printing costs and mailing costs associated with this Motion for Default Judgment and Motion for Declaratory Judgment and Motion for Order to Compel Public Disclosure just filed.

22) $50,000,000 (50 million dollars) in compensation for over 4 years with no end in sight of sleepless nights worrying about being subjected to unlawful political enslavement, deprived of all political benefits of U.S. citizenship without any due process of law, being subjected to an ongoing organized campaign of fear and intimidation by the police, FBI, the Dept. of Justice, and the other named

22

defendants, who know Obama is not a natural born Citizen but have made it their priority anyway to unlawfully maintain themselves and Obama in power for their own financial and political benefit, and thereby overthrow the Constitutional form of government and wage war upon Guthrie and other American citizens, subjecting Guthrie to dictatorship, political slavery, and fear, preventing Guthrie from being able to establish a credible reputation as a credible source of knowledge regarding the Constitution, Natural Law, and history of the United States, and setting a precedent that will forever open the door to political slavery and dictatorship upon Guthrie if the defendants are not ousted and punished for their crimes.

23)  Any punitive damage awards that the Court might deem appropriate in order to punish the government and defendants for their egregious behavior.

24)  Any other just remedies that the court deems appropriate which will cause usurper Obama to be removed from the Office of President, so that Guthrie may have the recognition and benefits of his political liberties and citizenship rights restored, in order that he may sleep at night and live in peace without having to be living in constant fear of attack and having to defend his rights and freedoms that are being taken away on a daily basis by the defendants' ongoing criminal actions.

23

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

*Paul Guthrie*

Paul A. Guthrie

7797 South Carefree Drive
Pendleton, IN 46064

Phone: (317) 485 - 4229
Fax: none
E-mail: jedipauly@gmail.com

24

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on
the following persons by First Class U.S. Mail, postage prepaid, this 2nd day of
April, 2013.


Barrack Hussein Obama II
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Joseph Robinette Biden
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Martin Dempsey
Pentagon
9999 Joint Staff Pentagon
Washington DC  20318

Eric Holder
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington DC  20530

John Kerry
The Executive Office
Office of the Legal Adviser, Room 5519
United States Department of State
2201 C Street N.W., Washington, DC 20520

Elena Kagan
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Sonia Sotomayor
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Jane Magnus-Stinson
U.S. District Court
Birch Bayh Federal Building and
United States Courthouse
46 East Ohio Street, Room 105
Chambers Room 304, Courtroom Room 307
Indianapolis, IN 46204

United States of America
United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Patrick Leahy
437 Russell Senate Building U.S. Senate
Washington, D.C. 20510.

John Boehner
Office of the Speaker H-232 The Capitol
Washington, D.C. 20515.

Robert S. Mueller, III
FBI Headquarters
935 Pennsylvania Avenue N.W.
Washington, D.C. 20535-001.

Paul Guthrie