# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Paul A. Guthrie, in propria persona; )<br>)<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>)<br>)<br>United States of America; )<br>)<br>de facto King Barrack Hussein )<br>Obama II, the alleged President )<br>of the United States of America, )<br>)<br>Joseph Robinette Biden Jr., the )<br>alleged Vice President of the )<br>United States of America, )<br>)<br>Martin Dempsey, the alleged )<br>Chairman of the Joint Chiefs of )<br>Staff to the Office of the President )<br>of the United States of America, )<br>)<br>Eric Holder, the alleged Attorney )<br>General of the United States of )<br>America, )<br>)<br>John Kerry, the alleged )<br>Secretary of the United States of )<br>America, )<br>)<br>Elena Kagan, the alleged Supreme )<br>Court Justice of the United States ) | Civil Action No.<br><br>**1:13 -CV- 0234 SEB -DKL** |

1

| | |
|---|---|
| of America, | ) |
| | ) |
| Sonia Sotomayor, the alleged | ) |
| Supreme Court Justice of the United | ) |
| States of America, | ) |
| | ) |
| Jane Magnus-Stinson, | ) |
| alleged Federal District Judge, | ) |
| 7th Judicial Circuit Indianapolis, | ) |
| | ) |
| Patrick Leahy, the alleged | ) |
| President pro tempore of the Senate | ) |
| of the United States of America, | ) |
| | ) |
| John Boehner, the alleged | ) |
| Speaker of the House of | ) |
| Representatives of the United States | ) |
| of America, | ) |
| | ) |
| Robert S. Mueller, III, the alleged | ) |
| director of the FBI of the United | ) |
| States of America; | ) |
| | ) |
| **Defendants.** | |

## MOTION FOR DECLARATORY JUDGMENT

1) Defendant Obama was placed on all 50 State ballots, unlawfully selected in an

illegal fraudulent election, and unlawfully installed and maintained in the Office of

President once in 2008/09 and again in 2012/13, contrary to the Constitution because Obama is not a natural born Citizen of the United States of America. He was selected and installed despite numerous protests in dozens of court challenges, stemming from before both Presidential elections, claiming that Obama was not and is not a natural born Citizen, as required by Article II of the Constitution of the United States of America. Not one court case before this one has stated the correct definition and meaning of Article II natural born Citizen, the discovered Natural Law Theory of the Father definition, as all previous cases relied upon the provably incorrect Unity Theory (of both U.S. soil territory jurisdiction birth and both parents must be U.S. citizens, all inclusive), or the government's Positive Law Theory definition (U.S. soil jurisdiction birth, or mother is a U.S. citizen, inclusive or mutually exclusive, either one will do according to the government as long as a State citizen father is not a factor in the creation of the natural born Citizen offspring or natural born Citizen status.)

2) By placing Obama on the ballot in 2008 and again in 2012, all 50 State Secretaries of State violated Article I, Section 10, Clause 1 of the Constitution of the United States of America, not once but twice, and thereby created a Title of Nobility for Obama that consists of equating the artificial political condition at birth of being an adopted, naturalized citizen of the United States, who is the

3

offspring of foreign non-U.S. citizen fathers, to be politically and legally synonymous with the natural political condition at birth of non-adopted natural born Citizens of the United States who are the offspring of U.S. State citizen fathers.

3) The Defendants Boehner and Leahy, and the rest of their associates in the U.S. House of Representatives and the U.S. Senate, then further create and maintain the Title of Nobility by accepting the unlawful actions of the States and Electors who unlawfully selected Obama to be a natural born Citizen representative of the People, despite the fact that Obama himself has informed the world and Congress on many occasions that he is not the offspring of a U.S. State citizen father and thus is not a representative natural born Citizen of the United States of America as is required by Article II qualifications for the Office of President of the United States of America.

4) The facts stated in points 1 through 3 above clearly indicate unlawful unconstitutional fraudulent acts and actions on the part of the named defendants, fraudulent acts and actions that both occurred prior to Obama assuming the Office of President and which are directly responsible for him assuming the Office of President, and after Obama took occupation of the Office. Obama is now being unconstitutionally maintained in Office by his own use of force against the

Constitution and by the illusion of legitimacy which the named defendants are creating by their fraudulent unconstitutional occupation of their own offices, by their refusal to accept the facts of this case, and by their refusal to accept and live by the natural political facts of Nature and U.S. law that they agreed to and swore an oath and agreement to live by when they took offices of public trust. They are all duty bound, if they are representatives, to uphold and defend the Constitution, which means the natural political facts of Nature that the Constitution represents in the Article II natural born Citizen requirements that have been explained and presented in Guthrie's complaint and other filings.

5) The defendants Boehner and Leahy, along with their associates in Congress, then commit further fraud and treason upon the People and Constitution by pretending to be valid representatives of the People, passing valid bills in a valid process, to be passed onto the fraudulent President to sign with his illegitimate signature that garners no consent of the People, and then Congress and the news media, under this pretense, inform the world and country that Obama has 'signed a law', or that 'Congress has passed a law', which are lies because neither action is constitutional unless there is a natural born Citizen occupying the Office of President. In this situation, no consent of the People to these supposed 'laws' has

been lawfully obtained by the Congress, such a condition being the legal result of their own willful and intentional fraudulent actions.

6) The United States legal system has long recognized and established in the case law that an unconstitutional act, appointment, order, rule, etc., is null and void from the time that the unconstitutional act, appointment, order, rule, etc., was made. The unconstitutional actions began in 2008 when the 50 State Secretaries of State put Obama on the ballot in the first place, thus violating Article I, Section 10, Clause 1. The unconstitutional actions were then furthered and maintained by the Electors, Congress, and courts that installed and maintain the ongoing fraud by violating Article I, Section 9, Clause 8, thus overthrowing the legitimate constitutional government of the United States. [See the filed objection to the actions of defendant de facto judge Jane Magnus-Stinson attached to this motion as Exhibit A.]

7) Obama's occupation of the Office of President is clearly unconstitutional as he is not a natural born Citizen after the time of the Adoption of the Constitution, as required. Obama has no natural right or legal right to be the President of the United States of America and his signature and orders and appointments cannot garner the consent of the People. Therefore, they are all null and void as Obama's actions are all unconstitutional from the time he signs anything or decrees anything

or appoints anyone. Obama is an adopted naturalized citizen of the United States <u>after</u> the time of the Adoption of the Constitution. He is not an adopted 'Citizen of the United States' <u>at the time of</u> the Adoption of the Constitution, nor is he a natural born Citizen (the offspring of a State citizen father) <u>after</u> the time of the Adoption of the Constitution as required in Article II, Section 1, Clause 5 of the Constitution of the United States of America.

Wherefore, Guthrie has proven beyond any doubt that Obama's ongoing occupation of the Office of President is unconstitutional and provides no lawful authority to Obama to make any act, appointment, order, rule, etc. Thus Guthrie prays that the Court will find that all acts, laws, appointments, orders, rules, etc. made by Obama from the time of the inauguration in 2009 are null and void as Obama is not a valid constitutional representative of the natural born Citizens of the United States of America.

Further, Guthrie asks that the Court declare that Obama's current occupation of the Office of President of the United States of America is unconstitutional, and represents an ongoing violation of Article I, Section 9, Clause 8; Article II, Section 1, Clause 5; and the First Amendment prohibition against the Church and state combining into one as is automatic under monarchy forms of government due to

the Divine Right of Kings concept which requires a belief in supernatural deities, and along with Might makes Right (use of force) as these are the only two sources of authority for a monarch.

Further, Guthrie prays for the Court to find that the action of the 50 State Secretaries of State in putting Obama on the ballot as a candidate for the Office of President of the United States in both the 2008 and 2012 elections for the Office of President, was a violation of Article I, Section 10, Clause 1, which is the prohibition that is supposed to prevent the States from creating or issuing Titles of Nobility.

I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Respectfully submitted,

*Paul Guthrie*

Paul A. Guthrie

7797 South Carefree Drive
Pendleton, IN 46064

Phone: (317) 485 - 4229
Fax: none
E-mail: jedipauly@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the following persons by First Class U.S. Mail, postage prepaid, this 2nd day of April, 2013.

Barrack Hussein Obama II
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Joseph Robinette Biden
The White House
1600 Pennsylvania Avenue N.W.
Washington DC  20500

Martin Dempsey
Pentagon
9999 Joint Staff Pentagon
Washington DC  20318

Eric Holder
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington DC  20530

John Kerry
The Executive Office
Office of the Legal Adviser, Room 5519
United States Department of State
2201 C Street N.W., Washington, DC 20520

Elena Kagan
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Sonia Sotomayor
Supreme Court of the United States
1 First Street, NE
Washington, D.C. 20543

Jane Magnus-Stinson
U.S. District Court
Birch Bayh Federal Building and
United States Courthouse
46 East Ohio Street, Room 105
Chambers Room 304, Courtroom Room 307
Indianapolis, IN 46204

United States of America
United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Patrick Leahy
437 Russell Senate Building U.S. Senate
Washington, D.C. 20510.

John Boehner
Office of the Speaker H-232 The Capitol
Washington, D.C. 20515.

Robert S. Mueller, III
FBI Headquarters
935 Pennsylvania Avenue N.W.
Washington, D.C. 20535-001.

Paul Guthrie