UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PAUL A. GUTHRIE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:13-cv-0234-SEB-DKL |
| BARACK HUSSEIN OBAMA, II, et al., | ) | |
| Defendants. | ) | |

**Entry and Notice**

"District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense. This is so even when the plaintiff has paid all fees for filing and service." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003). This appears to be an appropriate cause in which to use authority.

The plaintiff is recycling claims put to rest in *Guthrie v. Obama, et al.,* No. 1:13-cv-0080-JMS-DKL (S.D.Ind. Jan. 18, 2013). He shall have **through April 18, 2013**, in which to **show cause** why this action should not be summarily dismissed for the same reasons.

Proceedings except as just directed are **stayed until further order.**

IT IS SO ORDERED.

Date: 04/03/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul A. Guthrie
7797 South Carefree Drive
Pendleton, IN 46064