**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

PAUL A. GUTHRIE,                            )
                                            )
                    Plaintiff,              )
vs.                                         )        1:13-cv-0234-SEB-DKL
                                            )
BARACK HUSSEIN OBAMA, II, et al.,           )
                                            )
                    Defendants.             )

**Entry and Notice**

        Based on the partial stay issued on April 3, 2013, the motions filed on April 2, 2013
[13, 14, 15] are each denied without prejudice.

        IT IS SO ORDERED.

Date: _04/09/2013_____

_Sarah Evans Barker_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

        Paul A. Guthrie
        7797 South Carefree Drive
        Pendleton, IN 46064