UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL A. GUTHRIE, | ) |
| Plaintiff, | ) ) |
| vs. | ) 1:13-cv-0234-SEB-DKL |
| BARACK HUSSEIN OBAMA, II, et al., | ) ) ) |
| Defendants. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.** The claim against Judge Magnus-Stinson is dismissed with prejudice. All other claims are dismissed without prejudice for lack of jurisdiction.

Date: 05/08/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul A. Guthrie
7797 South Carefree Drive
Pendleton, IN 46064